**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Dustin Heintzman , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Pro Se ,**

,

**Defendant**(s): **Lincoln Financial Group , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Jacqueline Palazzolo , Attorney**
Jackson Lewis, P.C.
2111 E Highland Ave, Suite B-250
Phoenix, Arizona 85016
602-714-7044

---

**IFP REQUESTED**

---

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-014346**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **791 E.R.I.S.A** |
| VI.Cause of Action: | **ERISA, 29 U.S.C. Section 1001, et. seq.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **Exceeds $300,000** |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

---

**Signature:** Jacqueline Palazzolo

**Date:** 5-22-25

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.