Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Jacqueline.Palazzolo@jacksonlewis.com

*Attorneys for Defendant Lincoln Financial Group*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Heintzman,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No:<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Lincoln Financial Group ("Lincoln" or "Defendant"), in compliance with the provisions of:

_X___Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

______Rule 12.4(a)(1), Federal Rules of Criminal Procedure, a nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

______Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information

required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

______No such corporation.

______Party is a parent, subsidiary, or an affiliate of a publicly owned corporation as listed below.

___________________________________Relationship________________________

______Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest. (Attach additional pages if needed).*

___________________________________Relationship________________________

__X__Other (please explain)

**Defendant is a wholly owned subsidiary of Lincoln National Corporation. Lincoln National Corporation is publicly traded (NYSE), ticker symbol LNC, and Vanguard Group Inc. owns more than 10% of its stock.**

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this May 22, 2025.

JACKSON LEWIS P.C.

By: /s/*Jacqueline M. Palazzolo*
Jacqueline M. Palazzolo
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by email to the plaintiff at the following address:

Dustin Heintzman
43106 N. 44th Drive
Phoenix, AZ 85087
Phone: (480) 457-0939
Dheintzman@gmail.com
Plaintiff, Pro Se

By: /s/ *Susan Stimson*

4905-9791-1878, v. 1