Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant Lincoln Financial Group.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Heintzman,<br><br>Plaintiff,<br><br>vs.<br><br>Lincoln Financial Group;<br><br>Defendant. | Case No.: 2:25-cv-01755-SHD<br><br>**NOTICE OF ERRATA TO NOTICE OF REMOVAL** |

Defendant hereby submits the following Notice of Errata regarding the Notice of Removal filed with the Court on May 22, 2025. [Dkt. 1] Defendant inadvertently failed to provide an explanation to the Court of why removal on the basis of diversity is also appropriate in the Notice of Removal. Counsel for Defendant verifies that, in additional to the reasons previously provided to the Court, removal is also proper because there is complete diversity of citizenship between the Parties and the amount in controversy exceeds $75,000, and so jurisdiction is proper under 28 U.S.C. § 1332. Specifically, Plaintiff is a citizen of Arizona and Lincoln is an Indiana Corporation with its principal place of business in Pennsylvania. As alleged in the Complaint, Plaintiff seeks damages of $100,000,000. Lincoln was served on May 2, 2025, and so this correction is being

made within the 30-day timeline for removal. Lincoln Financial Group's counsel apologizes for the inadvertent omission and any inconvenience it may have caused the Court and Parties.

DATED this 28th day of May, 2025.

JACKSON LEWIS P.C.

By: *<u>/s/ Jacqueline Palazzolo</u>*
Jacqueline Palazzolo
Attorneys for Defendant Lincoln Financial

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by email to the plaintiff at the following address:

Dustin Heintzman
43106 N. 44th Drive
Phoenix, AZ 85087
Phone: (480) 457-0939
Dheintzman@gmail.com
Plaintiff, Pro Se

By: */s/ Susan Stimson*

4896-8426-3751, v. 1