Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Jacqueline.Palazzolo@jacksonlewis.com

*Attorneys for Defendant Lincoln Financial Group*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Heintzman,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No: 2:25-cv-01755-SHD<br><br>**DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

Lincoln Financial Group ("Lincoln" or "Defendant"), by its undersigned counsel and pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff Dustin Heintzman ("Plaintiff") in its entirety and to strike Plaintiff's demand for a jury trial. As discussed more fully in the accompanying Memorandum in Support of this Motion, Plaintiff's Complaint must be dismissed because:

(1) Plaintiff asserts claims that are completely preempted by the Employee Retirement Income Security Act of 1974 ("ERISA") and, as such, the Complaint fails to state a claim upon which relief can be granted;

(2) Because Plaintiff's exclusive remedy lies under ERISA, his demand for a jury trial should be stricken as jury trials are unavailable for matters subject to ERISA as a matter of law.

For these reasons, which are more fully discussed in the attached supporting Memorandum, Plaintiff's Complaint must be dismissed and his demand for a jury trial stricken.

Respectfully submitted this the 29th day of May 2025.

JACKSON LEWIS P.C.

By: /s/*Jacqueline M. Palazzolo*
Jacqueline M. Palazzolo
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by email to the plaintiff at the following address:

Dustin Heintzman
43106 N. 44th Drive
Phoenix, AZ 85087
Phone: (480) 457-0939
Dheintzman@gmail.com
Plaintiff, Pro Se

By: /s/ *Susan Stimson*

4909-0643-5399, v. 1