EXHIBIT A

DocuSign Envelope ID: E6A5D7F7-1C23-4074-AD62-30C8DC63B60A

# Wells Fargo & Company Short-Term Disability Plan

## (As Amended and Restated Effective January 1, 2023)

**Wells Fargo & Company Short-Term Disability Plan**
**Effective January 1, 2023**
**Table of Contents**


| CONTENT | PAGE |
|---|---|
| **Section 1: Introduction**<br>1.1 History of the Plan<br>1.2 Rules of Interpretation | **3** |
| **Section 2: Definitions**<br>2.1 Administrator or Plan Administrator<br>2.2 Affiliate<br>2.3 Beneficiary<br>2.4 Benefits<br>2.5 Code<br>2.6 Common Control<br>2.7 Employee<br>2.8 Employer<br>2.9 ERISA<br>2.10 Participant<br>2.11 Participating Employer<br>2.12 Plan<br>2.13 Plan Sponsor<br>2.14 Plan Sponsor Representative<br>2.15 Plan Trustee<br>2.16 Plan Year<br>2.17 Summary Plan Description<br>2.18 Trust | **4-6** |
| **Section 3: Eligibility and Participation**<br>3.1 General Eligibility and Participation<br>3.2 Cessation of Coverage for Participants | **6** |
| **Section 4: Benefits**<br>4.1 Benefits | **6** |
| **Section 5: Funding and Contributions**<br>5.1 Benefit Funding<br>5.2 Contributions<br>5.3 Plan Expenses<br>5.4 Recovery of Improperly Paid Benefits | **6-7** |

| | |
|---|---|
| **Section 6: Administration of the Plan**<br>6.1 Powers and Duties of Plan Administrator<br>6.2 Delegation of Duties<br>6.3 Plan Records<br>6.4 Indemnification<br>6.5 Named Fiduciaries<br>6.6 Method of Executing Instruments<br>6.7 Facility of Payment<br>6.8 Information Furnished by Participants and Beneficiaries<br>6.9 Service of Legal Process | **8-10** |
| **Section 7: Claims and Appeals**<br>7.1 Claims and Appeals | **11** |
| **Section 8: Amendment and Termination**<br>8.1 Amendment<br>8.2 Termination of the Plan | **11** |
| **Section 9: Miscellaneous**<br>9.1 Plan Sponsor<br>9.2 Limitation and Authority<br>9.3 Fiduciary Principles<br>9.4 Conflict of Interest<br>9.5 Dual Capacity<br>9.6 Spendthrift Provision<br>9.7 Construed as a Whole | **12-13** |
| **Section 10: Disclaimers**<br>10.1 No Employment Rights<br>10.2 No Guarantee<br>10.3 No Co-Responsibility | **13** |
| **Signature Page** | **14** |

# Wells Fargo & Company Short-Term Disability Plan
# Effective January 1, 2023

## SECTION 1
## INTRODUCTION

The Wells Fargo & Company Short-Term Disability Plan is hereby amended and restated effective January 1, 2023 (the "Plan"). This Plan document, together with the Summary Plan Descriptions (SPDs), shall constitute the written plan document for the Plan. Capitalized terms as used in this document shall have the meanings defined in this Plan.

**1.1 History of the Plan.** The Plan was originally adopted by Norwest Corporation effective January 1, 1994. The Plan was restated in its entirety effective January 1, 1995. The Plan was further amended and restated effective January 1, 1998. Effective July 1, 1999, the name of the Plan was changed to the "Wells Fargo & Company Short Term Disability Plan" and it was amended and restated for all Medically Certified Health Conditions, as defined by this Plan, occurring on or after July 1, 1999. From January 1, 2003 until 2018, the Plan was further amended and restated annually with the publication of an updated SPD. The Plan was amended and restated effective December 3, 2018. The Wells Fargo & Company Short-Term Disability Plan was established to provide a payment to regular and fixed term Employees should a disability occur during employment. (See Section 3.1 for General Eligibility and Participation criteria).

**1.2 Rules of Interpretation.**

(a) Whenever appropriate, words used herein in the singular may be read in the plural, or words used herein in the plural may be read in the singular; the masculine may include the feminine; and the words hereof, herein or hereunder or other similar compounds of the word here shall mean and refer to the entire Plan and not to any particular paragraph or section of the Plan unless the context clearly indicates to the contrary.

(b) The titles given to the various sections of the Plan are inserted for convenience of reference only and are not part of the Plan, and they shall not be considered in determining the purpose, meaning or intent of any provision hereof.

(c) Any reference in the Plan to a statute or regulation shall be considered also to mean and refer to any subsequent amendment or replacement of that statute or regulation.

(d) In the event of any inconsistency or conflict in the eligibility provisions of this Plan document and the Summary Plan Description(s), the Plan shall govern.

(e) Except to the extent that federal law is controlling, the Plan shall be construed and enforced in accordance with the laws of the State of Minnesota.

## SECTION 2
## DEFINITIONS

When the following terms are used with initial capital letters they shall have the following meanings:

2.1 **Administrator or Plan Administrator**. The "Plan Administrator" of the Plan for purposes of ERISA §3(16)(A) is the Company's: Head of Human Resources (or the functional equivalent title of the most senior position in Human Resources), the Head of Total Rewards (or the functional equivalent title of the most senior position in Human Resources over compensation and benefit plans or programs other than the Head of Human Resources), and the Head of Benefits (or the functional equivalent title of the most senior position in Human Resources over benefit plans and programs other than the Head of Human Resources and the Head of Total Rewards) each of whom, acting individually or jointly, may take action as the Plan Administrator, or its or their authorized delegate.

2.2 **Affiliate**. An "Affiliate" means any trade or business entity under Common Control of the Plan Sponsor.

2.3 **Beneficiary**. A "Beneficiary" is a person, persons, trust, estate or charitable institution designated by a Participant as entitled to benefit payments under the Plan upon the death of the Participant. If a Beneficiary is not designated or the Beneficiary dies before the Participant, the Benefit will be paid to the following individuals in the order listed below, unless otherwise provided in the Summary Plan Description: (i) the Participant's surviving spouse or domestic partner; (ii) equally among the Participant's surviving biological and adopted children, except if any of the participant's children predecease the participant but leave surviving descendants, such descendants shall take by right of representation the share their parents would have taken If living; (iii) equally between the Participant's surviving parents; (iv) equally among the Participant's surviving brothers and sisters; (v) the Participant's estate.

2.4 **Benefits**. The "Benefits" are the benefits provided under this Plan, as further described in Section 4.1.

2.5 **Code**. The "Code" is the Internal Revenue Code of 1986, including applicable regulations for the specified section of the Code. Any reference in this Plan to a section of the Code, including the applicable regulation, shall be considered also to mean and refer to any subsequent amendment or replacement of that section or regulation.

2.6 **Common Control**. A trade or business entity (whether corporation, partnership, sole proprietorship or otherwise) is under "Common Control" with another trade or business entity (i) if both entities are corporations which are members of a controlled group of corporations as defined in §414(b) of the Code, (ii) if both entities are trades or businesses (whether or not incorporated) which are under common control as defined in §414(c) of said Code, (iii) if both entities are members of an affiliated service group as defined in §414(m) of the Code, or (iv) if both entities are required to be aggregated pursuant to regulations under §414(o) of the Code.

**2.7** **Employee.** An Employee is a person who is employed by Wells Fargo or a participating subsidiary or affiliate of Wells Fargo, who is on the Wells Fargo U.S. payroll system, and whose income for this employment is subject to federal income tax withholding.

An Employee does not include an individual who is (i) not classified by Wells Fargo as an employee, even if that individual is later determined to have been a Wells Fargo employee, or (ii) a Wells Fargo employee classified as a flexible employee or an intern.

**2.8** **Employer**. The "Employer" is the Plan Sponsor and its subsidiaries or Affiliates, and any successor thereof that adopts the Plan.

**2.9** **ERISA**. "ERISA" means the Employee Retirement Income Security Act of 1974, as amended from time to time, including applicable regulations for the specified section of ERISA. Any reference in this Plan to a section of ERISA, including the applicable regulation, shall be considered also to mean and refer to any subsequent amendment or replacement of that section or regulation.

**2.10** **Participant**. A "Participant" is an eligible Employee who becomes a Participant in the Plan in accordance with the provisions of Section 3 of this Plan. An individual who becomes a Participant in the Plan shall be considered to continue as a Participant until the Participant's coverage is terminated in accordance with Section 3.2 of this Plan.

**2.11** **Participating Employer.** A "Participating Employer" is the Plan Sponsor and each of the participating subsidiaries and Affiliates of the Plan Sponsor that are designated as a Participating Employer for purposes of this Plan by Wells Fargo & Company by written action of the President, Chief Executive Officer, Head of Human Resources (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources), Head of Total Rewards (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources over compensation and benefit plans or programs other than the Head of Human Resources), or their delegate. A Participating Employer will cease to be a Participating Employer if: (i) the Plan Sponsor withdraws its consent permitting the Participating Employer to participate in the Plan; or (ii) the Participating Employer ceases to be an Affiliate.

**2.12** **Plan**. The "Plan" is this written document entitled the "Wells Fargo & Company Short-Term Disability Plan", as the same may be amended from time to time. The Plan includes the Summary Plan Description, which is incorporated herein by reference. It is intended that this Plan is an employee welfare benefit plan within the meaning of ERISA.

**2.13** **Plan Sponsor**. The "Plan Sponsor" is Wells Fargo & Company, and any successor thereto.

**2.14** **Plan Sponsor Representative**. The "Plan Sponsor Representative" is the Plan Sponsor's Head of Human Resources (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources), Head of Total Rewards (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources over compensation and benefit plans or programs other than the Head of Human Resources), or their delegate, each of whom may act individually or jointly in

performing actions that are authorized under the Plan for them to perform on behalf of the Plan Sponsor.

**2.15** **Plan Trustee**. The "Plan Trustee" is Wells Fargo Bank, N.A., and any successor thereto.

**2.16** **Plan Year**. The "Plan Year" is the twelve (12) consecutive month period beginning January 1 and ending December 31.

**2.17** **Summary Plan Description**. A "Summary Plan Description" is a written summary of the Participant's Benefits and rights. The Summary Plan Description for the Wells Fargo & Company Short-Term Disability Plan is incorporated into and made a part of the Plan. Should there be any inconsistencies or conflicts between the Summary Plan Descriptions and this Plan document, the Plan shall govern as set forth in the Rules of Interpretation described in Section 1.2 of this document.

**2.18** **Trust**. The "Trust" is the trust described in Section 5.1.

## SECTION 3
## ELIGIBILITY AND PARTICIPATION

**3.1** **General Eligibility and Participation**. Eligibility to participate in a Benefit shall be determined by the provisions of the applicable Summary Plan Description including any Exhibits or Appendices to the Summary Plan Description. The Summary Plan Description is incorporated into and made a part of the Plan.

**3.2** **Cessation of Coverage for Participants**. Eligibility under the Plan shall terminate as set forth in the applicable Summary Plan Description.

## SECTION 4
## BENEFITS

**4.1** **Benefits.** Participants shall be entitled to Benefits in the amounts, and subject to the conditions, set forth in the applicable Summary Plan Description.

Notwithstanding any provision of this Plan to the contrary, the compensation of each Employee taken into account for any year for purposes of determining the benefit payable under the Plan shall not exceed the limit set forth in Code Section 505(b)(7), including any adjustment for inflation.

## SECTION 5
## FUNDING AND CONTRIBUTIONS

**5.1** **Benefit Funding**. All sums of money contributed by the Employer and employees from time to time in support of the Plan shall be held and administered in trust (the "Trust"). The Trust shall exist pursuant to a trust agreement between the Plan Sponsor and the

Plan Trustee, or any successor Plan Trustee duly appointed by a Plan Sponsor Representative. Benefits provided through this Plan are paid through the Trust. Amounts deposited in the Trust shall be held in accordance with the terms of the Trust, as in effect from time to time, and such amounts may be used for any Plan purpose. In accordance with Department of Labor prohibited transaction exemption 80-26 ("PTE 80-26), as may subsequently be amended or modified, the Plan Sponsor or an Affiliate may advance Benefits on behalf of the Plan and subsequently reimburse itself for advanced Benefits. No Employee, former Employee or dependent shall have any right to, or interest in, the assets of the Plan Sponsor or any Employer or the assets of the Trust, or any other funding vehicle of the Plan.

**5.2** **Contributions**. Benefits are paid by the Employers. Participant contributions are not required.

**5.3** **Plan Expenses**. All fees and expenses incurred in connection with the operation and administration of the Plan may be paid out of the Trust or any other Plan assets to the extent that it is legally permissible for such fees and expenses to be paid. The Plan Sponsor may, but is not required to, pay such fees and expenses directly. The Plan Sponsor may also advance amounts properly payable by the Plan or Trust and then obtain reimbursement from the Plan and Trust for such advances.

**5.4** **Recovery of Improperly Paid Benefits**.

(a) **Errors and Mistakes**. The Plan Administrator reserves the right to recover amounts from an Employee, former Employee, or Beneficiary that have been improperly paid, directly or indirectly, to the Employee, former Employee, or Beneficiary as a result of error or mistake. To the extent such amounts are to be recovered from a third-party, the Employee, former Employee, or Beneficiary is required to cooperate and assist the Plan Administrator in recovering such amounts from the third-party. The Plan Administrator reserves the right to perform audits and other investigations to determine whether an Employee, former Employee, or Beneficiary, or someone or entity on their behalf, has been overpaid.

(b) **Misrepresentation, False Claims, or Fraudulent Activity**. The Plan Administrator reserves the right to recover amounts from an Employee, former Employee, or Beneficiary that have been improperly paid, directly or indirectly, to or on behalf of an Employee, former Employee, or Beneficiary as a result of misrepresentation, false claims, or fraudulent activity by the Employee, former Employee, or Beneficiary. The Plan Administrator reserves the right to (i) recoup all of the payments of benefits to the Employee, former Employee, or Beneficiary; (ii) perform audits and other investigations to determine whether a Participant or Beneficiary has engaged in fraud or deceit; and (iii) require the Employee, former Employee, or Beneficiary to cooperate in the audit or investigation, provided such action is permitted by ERISA or other applicable law.

## SECTION 6
## ADMINISTRATION OF THE PLAN

**6.1 Powers and Duties of Plan Administrator.**

(a) The Plan Administrator shall have complete control of the administration of the Plan, with all discretionary authority and powers allowed by law to interpret the Plan and to carry out its duties and discharge its responsibilities under the Plan. It is intended that this discretion be broad enough to result in the review of the Plan Administrator's decisions under the arbitrary and capricious standard of review. In addition to powers and duties otherwise stated in the Summary Plan Descriptions, the powers and duties of the Plan Administrator include (but are not limited to) the following:

i. To establish and enforce such written rules, regulations, and procedures as it shall deem necessary or proper for the efficient operation and administration of the Plan;

ii. To interpret and construe, in its sole discretion, the Plan, and to decide all questions of eligibility of any person to participate in the Plan or to receive benefits under it, and its interpretation thereof shall be final and conclusive;

iii. To determine, in its sole discretion, the amount, manner, and time of payment of Benefits which shall be payable to any Participant, in accordance with the provisions of the Plan, and to determine the person or persons to whom such Benefits shall be paid. Benefits are payable under the Plan only to the extent that the Plan Administrator determines that the Participant is eligible and entitled to them;

iv. To authorize the payment of Benefits and reasonable expenses for administering the Plan;

v. To prescribe written procedures to be followed in submitting claims for Benefits;

vi. To prepare and distribute, in such manner as the Plan Administrator determines to be appropriate and consistent with applicable law, information describing or explaining the Plan;

vii. To decide all questions concerning the Plan;

viii. To furnish any participating Affiliate, upon request, and government agencies as required, such reports with respect to the administration of the Plan as are reasonable and appropriate;

ix. To delegate its powers and duties pursuant to Section 6.2; and

x. To make any factual determinations necessary to the administration of the Plan.

(b) The Plan Administrator, in its sole discretion, may appoint a claims administrator to act as a fiduciary with respect to claims under the Plan. The claims administrator shall have the following powers and duties with respect to any powers and duties delegated by the Plan Administrator. The claims administrator shall have the same discretionary authority as the Plan Administrator:

i. To interpret and construe, in its sole discretion, the Plan, and to decide all questions of eligibility of any person to receive Benefits under the Plan, and its interpretation thereof shall be final and conclusive;

ii. To determine, in its sole discretion, the amount, manner, and time of payment of Benefits which shall be payable to any Participant, in accordance with the provisions of the Plan, and to determine the person or persons to whom such Benefits shall be paid; and

iii. To prescribe written procedures to be followed in submitting claims for Benefits.

**6.2 Delegation of Duties**. For purposes of operation and administration of the Plan, the Plan Administrator may:

(a) Appoint one or more committees (the “Committee”), subcommittees of the Committee (whose members need not be members of the Committee), or otherwise appoint other individuals or departments at an Employer and determine their powers;

(b) Employ legal or other counsel and agents; and

(c) Obtain clerical, accounting, claims administration, and actuarial assistance.

**6.3 Plan Records**. The Plan Administrator or the designated claims administrator, if any, shall maintain appropriate accounts and records relating to the operation and administration of the Plan and shall keep records of all allocations and delegations of fiduciary responsibilities that the Plan Administrator or, to the extent a benefit is insured, the Insurer makes, including terminations and modifications of such allocations and delegations.

**6.4 Indemnification**.

(a) **General Rule**. Except as prohibited by applicable law, the Plan Sponsor shall indemnify, to the extent not covered by insurance, any director, officer or employee of an Employer who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether under the terms of ERISA or otherwise, wherever brought, whether civil, criminal, administrative or investigative by reason of the fact that the individual is or was a fiduciary or administrator of this Plan or by reason of acting in any other capacity in connection with this Plan, against expenses, including attorneys' fees, judgments, fines and amounts paid in settlement, actually and reasonably incurred by the individual in connection with such action, suit or proceeding if the individual acted in good faith, was not grossly negligent, and, with respect to any criminal action or proceeding, had no reasonable cause to believe the individual's

conduct was unlawful (an "Indemnified Party"). In no event shall this indemnification apply to liability that arises from the individual's claim for their own benefit. The termination of any action, suit or proceeding by judgment, order, settlement, conviction or upon a plea of nolo contendere or its equivalent, shall not, of itself create a presumption that the person did not act in good faith, was grossly negligent and, with respect to any criminal action or proceeding, had reasonable cause to believe that the individual's conduct was unlawful. The indemnification shall continue as to a person who has ceased to be a director, officer, employee or agent and shall inure to the benefit of the heirs, executors and administrators of such a person.

(b) **Notice of Action**. The Indemnified Party shall promptly notify the Plan Sponsor upon their receipt of notice of the commencement of any action against them that may entitle the Indemnified Party to indemnification under Section 6.5(a).

(c) **Purchase of Insurance**. The Plan Sponsor may purchase insurance to cover liability or losses occurring by reason of the act or omission of any fiduciary to the Plan.

**6.5** **Named Fiduciaries**. The Plan Administrator and its delegates shall be the "named fiduciaries" of the Plan within the meaning of section 402 of ERISA, and as such shall have authority to control and manage the operation and administration of the Plan.

**6.6** **Method of Executing Instruments**. Information to be supplied or written notices to be made or consents to be given by the Plan Sponsor pursuant to any provision of the Plan may be signed in the name of the Plan Sponsor by any officer or by any employee who has been authorized to make such certification or to give such notices or consents.

**6.7** **Facility of Payment**. In case of the legal disability, including minority age, of a Beneficiary entitled to receive any direct payment under the Plan; payment shall be made in accordance with applicable law and otherwise in the discretion of the Plan Administrator.

**6.8** **Information Furnished by Participants and Beneficiaries**. Neither the Plan Sponsor nor the Plan Administrator shall be liable or responsible for any error in the computation of the Benefits of a Participant or Benefit payments to a Beneficiary resulting from any misstatement of fact or law made by the Participant or Beneficiary, directly or indirectly to the Plan Sponsor or Plan Administrator and used by it in determining the Beneficiary's Benefit payments. The Plan Sponsor and the Plan Administrator shall not be obligated or required to increase the Benefits of such Beneficiary which, on discovery of the misstatement, is found to be understated as a result of such misstatement of the Participant or Beneficiary. However, the Benefits of any Beneficiary which are overstated by reason of any such misstatement shall be reduced to the amount appropriate in view of the truth.

**6.9** **Service of Legal Process**. The Corporate Secretary of the Plan Sponsor is designated as the appropriate agent for the receipt of service of legal process directed to the Plan in any legal proceeding, including arbitration, involving the Plan.

## SECTION 7
## CLAIMS AND APPEALS

7.1 **Claims and Appeals**. For purposes of this Section 7, a "Claim for Benefits" is a claim for Benefit payment made by a claimant (or their representative) in accordance with the procedures set forth in the Summary Plan Description. Casual inquiries about Benefits or the circumstances under which Benefits might be available under the Plan are not "Claims for Benefits" for purposes of this Section 7. Appeals of denied claims shall be submitted in accordance with the procedures set forth in the Summary Plan Description.

## SECTION 8
## AMENDMENT AND TERMINATION

8.1 **Amendment**. The Plan Sponsor, by action of the Board of Directors of the Plan Sponsor (the "Board"), by action of the Human Resources Committee of the Board, or by action of a person so authorized by resolution of the Board of the Human Resources Committee of the Board, may amend the Plan at any time, for any reason, with or without notice. In addition, a Plan Sponsor Representative may execute a written action amending the Plan in any of the following respects:

(a) To amend the Plan to comply with changes in applicable laws or regulations.

(b) To add or amend the Exhibits or Appendices of the Plan.

(c) To make changes in administration or operation of the Plan to the extent that such changes constitute an amendment to the Plan, which do not materially increase the cost of the Plan to the Plan Sponsor.

All such amendments shall be binding on all Affiliates.

8.2 **Termination of the Plan.** The Board of Directors of the Plan Sponsor may terminate the Plan at any time, for any reason, with or without notice. In addition, the Plan Sponsor, by written action of its President, Chief Executive Officer, Head of Human Resources (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources), Head of Total Rewards (or the functional equivalent title of the Plan Sponsor's most senior position in Human Resources over compensation and benefit plans or programs other than the Head of Human Resources), or their delegate, may terminate the Plan at any time, for any reason, with or without notice as it applies to a particular Participating Employer, subject to any limitations specified in the applicable resolutions adopted by the Board of Directors of the Plan Sponsor on July 31, 2017.

## SECTION 9
## MISCELLANEOUS

**9.1** **Plan Sponsor**. Functions generally assigned to the Plan Sponsor shall be discharged by its officers or delegated and allocated as provided herein. The Plan Sponsor's President, Chief Executive Officer, or a Plan Sponsor Representative may delegate or redelegate and allocate and reallocate to one or more persons or to a committee of persons jointly or severally, whether or not such persons are officers or employees, such functions assigned to the Plan Sponsor hereunder as it may from time to time deem advisable.

**9.2** **Limitation and Authority**. No action taken by any fiduciary, if authority to take such action has been delegated or redelegated to it hereunder, shall be the responsibility of any other fiduciary except as may be required by ERISA. Except to the extent imposed by ERISA, no fiduciary shall have the duty to question whether any other fiduciary is fulfilling all of the responsibility imposed upon such other fiduciary by the Plan or by ERISA or by any regulations or rulings issued there under.

**9.3** **Fiduciary Principles**. Each fiduciary hereunder, in the exercise of each and every power or discretion vested in them by the provisions of the Plan, shall (subject to the applicable provisions of ERISA) discharge their duties with respect to the Plan solely in the interest of the Participants:

(a) for the exclusive purpose of providing benefits to Participants;

(b) with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent man acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims; and

(c) in accordance with the documents and instruments governing the Plan insofar as they are consistent with the provisions of ERISA.

**9.4** **Conflict of Interest**. If any employee or officer of the Plan Sponsor to whom authority has been delegated or re-delegated hereunder shall also be a Participant in the Plan, the individual shall have no authority as such member, officer or employee with respect to any matter specially affecting their individual interest hereunder (as distinguished from the interests of all Participants or a broad class of Participants), all such authority being reserved exclusively to the other members, officers or employees, as the case may be, to the exclusion of such Participant, and such Participant shall act only in their individual capacity in connection with any such matter.

**9.5** **Dual Capacity**. Individuals, firms, corporations or partnerships identified herein or delegated or allocated authority or responsibility hereunder may serve in more than one capacity.

**9.6** **Spendthrift Provision**. No Participant shall have any transmissible interest in any Benefit under the Plan nor shall any Participant have any power to anticipate, alienate, dispose of, pledge or encumber the same, nor shall the Employer recognize any assignment thereof, either in whole or in part, nor shall any Benefit be subject to attachment, garnishment, or execution following judgment or other legal process.

**9.7** **Construed as a Whole**. The provisions of the Plan shall be construed as a whole in such manner as to carry out the provisions thereof and shall not be construed separately without relation to the context.

## SECTION 10
## DISCLAIMERS

**10.1** **No Employment Rights**. Neither the terms of the Plan nor the Benefits hereunder nor the continuance thereof shall be a term of the employment of any employee or Participant, and the Employer shall not be obliged to continue the Plan. The terms of the Plan shall not give any employee the right to be retained in the employment of the Employer, and it does not change any employment policies of the Employer.

**10.2** **No Guarantee**. Neither the members of any committee appointed by the Employer nor any of the Employer's officers in any way secure or guarantee the payment of any benefit or amount which may become due and payable hereunder to any Participant or Beneficiary. Neither the members of any committee nor any of the Employer's officers shall be under any liability or responsibility (except to the extent that liability is imposed under ERISA) for failure to effect any of the objectives or purposes of the Plan by reason of the insolvency of the Plan Sponsor.

**10.3** **No Co-Responsibility**. Except as is otherwise provided in ERISA, no fiduciary shall be liable for an act or omission of another person with regard to a fiduciary responsibility that has been allocated to or delegated in the Plan or pursuant to procedures set forth in the Plan.

**IN WITNESS WHEREOF**, Wells Fargo & Company hereby amends and restates the Wells Fargo & Company Short-Term Disability Plan effective January 1, 2023, and has caused this Instrument to be executed by the authorized person signed below.

**WELLS FARGO & COMPANY**

DocuSigned by:

By: Mark Hickman

D4E67A124BC7429...

Name: Mark Hickman

Title: Head of Benefits

Date: 12/26/2022 | 9:11:36 PM PST

# Chapter 10: Short-Term Disability Plan

## Contents


**Contacts** .......... **10-2**

**The basics** .......... **10-3**

- General information .......... 10-3
- Claims administrator .......... 10-3

**Who's eligible** .......... **10-3**

- Eligible employees .......... 10-3
- Ineligible employees .......... 10-3

**Cost and funding** .......... **10-3**

**How to enroll** .......... **10-3**

**When coverage begins** .......... **10-4**

- New hire or newly eligible or rehired employees .......... 10-4
- Rehired employees on or before December 31, 2022 .......... 10-4
- Employment classification changes .......... 10-4
- Actively at work definition .......... 10-4

**When coverage ends** .......... **10-4**

**Coverage when you're not working** .......... **10-5**

- Leave of absence .......... 10-5

**How STD benefits coordinate with leave of absences** .......... **10-5**

**How to file a claim for STD benefits** .......... **10-6**

- 1. Call your supervisor .......... 10-6
- 2. Call Lincoln .......... 10-6
- 3. Get the forms you need .......... 10-7
- 4. Provide valid medical information .......... 10-7
- 5. Timely action required .......... 10-7

**How the STD Plan works** .......... **10-7**

- STD waiting period .......... 10-7
- Qualifying for STD benefits .......... 10-7
- Medically certified health condition definition .......... 10-8
- Valid medical information .......... 10-8
- Approved care provider definition .......... 10-8
- Appropriate care and treatment definition .......... 10-8
- Proof of your disability .......... 10-8
- Benefits determination .......... 10-9
- Disability case management .......... 10-9
- Confidentiality of medical information .......... 10-9
- Medical evaluations and treatment plans .......... 10-9
- Independent medical examinations .......... 10-9
- Additional evaluations .......... 10-10
- On-site medical case management .......... 10-10
- Recurrent condition .......... 10-10

**If you are disabled and working (reduced work schedule)** .......... **10-10**

- Reduced work schedule STD pay examples .......... 10-10

**STD Plan benefits** .......... **10-11**

- STD benefits schedule .......... 10-11
- Completed years of service .......... 10-11
- Covered pay .......... 10-11
- STD benefit amount .......... 10-12
- When STD benefits end .......... 10-13
- Survivor benefit .......... 10-13
- Exclusions .......... 10-14

**Claims and appeals** .......... **10-14**

- Filing a claim .......... 10-14
- Claim determinations, determination extension, and requests for additional information .......... 10-14
- Content of the claim determination notice .......... 10-15
- Filing an appeal .......... 10-15
- Appeal determination .......... 10-16
- Legal action .......... 10-17

## Contacts

| | |
|---|---|
| **To file a claim or for information about your existing claim** | Claims Administrator<br>Lincoln Financial Group (Lincoln)<br>1-866-213-2937<br>mylincolnportal.com<br>(company code: wells) |
| **To fax documentation about your claim** | Lincoln<br>1-866-214-7839 |
| **Information about the Short-Term Disability Plan** | HR Services & Support site<br><br>Lincoln<br>1-866-213-2937<br>wellsfargo@lfg.com |


BPN 000017

The information in this chapter — along with applicable sections of "Chapter 1: Eligibility, Enrollment, and More," "Appendix B: Important Notifications and Disclosures," and "Appendix D: Leaves of Absence and Your Benefits" — constitutes the Summary Plan Description (SPD) for the Wells Fargo & Company Short-Term Disability Plan (the STD Plan) that covers regular and fixed term Wells Fargo employees.

## The basics

### General information

The STD Plan provides short-term disability coverage on a self-insured basis and is classified as a "welfare benefit plan" under the Employee Retirement Income Security Act of 1974, as amended (ERISA).

The STD Plan provides you with short-term disability benefits if you have a medically certified health condition and are unable to perform some or all of your job duties for more than seven consecutive calendar days (the "STD waiting period"). (Please review the "Medically certified health condition definition" section on page 10-8.) As it pertains to the waiting period, if you are working a partial schedule as a result of a medically certified health condition, you are not eligible to receive STD benefits until you have been out of work completely for more than seven consecutive calendar days (see the reference to "STD waiting period" in the "How the STD Plan works" on page 10-7).

Generally, STD benefits replace either 65% or 100% of your covered pay, referred to as "salary" in the Benefits section of Workday, per week, depending on your completed years of service, for up to 25 weeks following your completion of the seven consecutive day STD waiting period. (Please review the "STD benefits schedule" on page 10-11.) STD benefits coordinate with other sources of income you receive so that your STD benefit combined with other sources of income is never more than 100% of your predisability covered pay.

Wells Fargo provides short-term disability benefits through two different plans: the STD Plan and the Wells Fargo & Company Short-Term Disability Top-Up Plan (the "STD Top-Up Plan"). While most STD benefits are paid through the STD Plan up to certain plan limits, some employees may receive a portion of their benefits from the STD Top-Up Plan. This is necessary for technical reasons, but if this applies to you then you will receive only one check that will include all your STD benefits. However, it is important to note that the provisions of the STD Top-Up Plan are not part of the SPD or SMM for the STD Plan and the STD Plan provisions are not part of the SPD for the STD Top-Up Plan.

### Claims administrator

The STD Plan is self-insured, and Lincoln Financial Group (Lincoln) is the claims administrator providing administrative claims services. Lincoln has full discretionary authority to administer and interpret the STD Plan.

## Who's eligible

### Eligible employees

You are eligible for the STD Plan if you are a regular or fixed term Wells Fargo employee as described in "Chapter 1: Eligibility, Enrollment, and More."

### Ineligible employees

You are not eligible to participate in the STD Plan if you are:

- Classified as an intern or flexible employee.
- An employee of an affiliate not participating in the STD Plan.
- An employee who is classified as an international employee.
- A person whom Wells Fargo classifies as an independent contractor or any other status by which you are not treated as a common-law employee of Wells Fargo for purposes of withholding taxes, regardless of your actual status. (This applies to all periods of such service of an individual who is subsequently reclassified as an employee, whether the reclassification is retroactive or prospective.)
- A regular or fixed term employee who is on certain types of leaves of absence (see "Appendix D: Leaves of Absence and Your Benefits")

## Cost and funding

Wells Fargo pays the entire cost of your coverage under the STD Plan.

Benefits are funded through the Wells Fargo & Company Short-Term Disability Plan Trust.

## How to enroll

You are automatically enrolled in the STD Plan if you are one of the following:

- A newly hired regular or fixed term employee
- An employee who has had an employment classification change to a regular or fixed term position
- A rehired regular or fixed term employee

## When coverage begins

### New hire or newly eligible or rehired employees

STD coverage begins on your date of hire or date of rehire to a regular or fixed term position, provided that you are actively at work on the day coverage is scheduled to begin.

**Note:** Notwithstanding the above rule, if you were hired or rehired December 2 through December 31 of 2022, coverage will be effective February 1, 2023, provided that you are actively at work on February 1, 2023.

If you are not actively at work the day coverage would normally begin, your coverage will begin when you return to being actively at work and complete at least one full workday in a regular or fixed term position. For more information, see the "Actively at work definition" section on this page.

If you were previously employed by a company that was acquired by or merged with Wells Fargo, certain transition rules may apply to your participation in the STD Plan when you first become an employee as a result of the acquisition or merger.

### Rehired employees on or before December 31, 2022

If you are rehired into a regular or fixed term position within the six-month period following your termination date, your STD coverage begins on your rehire date provided that you were covered by the STD Plan at the time of your termination. If you had not yet completed one full calendar month of service at the time of your termination, your STD coverage will begin on the first of the month following one full calendar month of service after your rehire, subject to the requirement that you are actively at work on your first day of coverage as described below.

If you are rehired into a regular or fixed term position after the six-month period following your termination date, your STD coverage will begin on the first of the month following one full calendar month of service after your rehire, subject to the requirement that you are actively at work on your first day of coverage as described below.

In either case, if you are not actively at work the day coverage would normally begin, your coverage will begin when you return to being actively at work and complete at least one full workday in a regular or fixed term position. For more information, see the "Actively at work definition" section on this page.

### Employment classification changes

If you become eligible for STD coverage as a result of an employment classification change, your coverage becomes effective on the date of your new employment classification. You must also be actively at work the day coverage begins. If you are not actively at work the day coverage would normally begin, your coverage will begin when you return to being actively at work and complete at least one full workday in a regular or fixed term position. For more information, see the "Actively at work definition" section below.

**Note:** Notwithstanding the above rule, if your employment classification to a regular or fixed term position occurs December 2 through December 31 of 2022, coverage will be effective February 1, 2023, provided that you are actively at work on February 1, 2023.

If you change employment classification from regular or fixed term to an intern or flexible employee, your STD coverage will end as of the classification change date. If you are receiving STD benefits as of your classification change date, you will continue to receive STD benefits until you are released to return to work or you are no longer approved for STD benefits.

### Actively at work definition

"Actively at work" means you are performing your customary duties during your regularly scheduled hours at a Wells Fargo location, or at places Wells Fargo requires you to work or travel or allows you to work. Actively at work also includes any normally scheduled days off work, observed holidays, Paid Time Off (PTO), and other paid time away that is recognized under Wells Fargo's time away policies (except for Military Duty time away).

## When coverage ends

Your STD coverage ends on the earliest of the following dates:

- The day your last day of employment takes place
- The day you transfer to an ineligible employment classification or position
- The first day you are away from work for a reason other than PTO, other paid time away that is recognized under Wells Fargo's time away policies, or an authorized leave during which eligibility for STD Plan participation continues (see the "Leave of absence" section on page 10-5)
- The day you begin a Military Leave or time away, Job Search Leave, Preferential Hiring Leave, or unpaid Administrative Leave
- The day you die
- The day the STD Plan is discontinued or terminated
- The day you begin severance benefits under the Wells Fargo & Company Severance Plan on or after 1/1/2022

For information on Wells Fargo's ability to amend, modify, or terminate the STD Plan at any time and for any reason, see the "Future of the plans" section in "Appendix B: Important Notifications and Disclosures."


BPN 000019

## Coverage when you're not working

### Leave of absence

Eligibility for STD coverage continues during the following types of leaves of absence*:

- Medical Leave, provided that:
  1. You were eligible to participate in the STD Plan as of your last day worked.
  2. You have not received the maximum amount of STD benefits as shown on the "STD benefits schedule" on page 10-11.
- Workers' Compensation Leave**
- Family Leave
- Paid Administrative Leave
- Personal Leave
- Parental Leave
- Critical Caregiving Leave
- Job-Protected Paid Leave
- Non-working Notice Leave

You are not eligible for STD coverage during a Military Leave, Job Search Leave, Preferential Hiring Leave, unpaid Administrative Leave, or Job-Protected Unpaid Leave. This means that if you become disabled while on one of these leaves, you will not be eligible for STD benefits.

* If your claim for STD benefits has been denied and you continue to remain out of work due to your medically certified health condition (the health condition that was the basis for your denied claim) or for any other reason, you are not eligible to file a subsequent claim for STD benefits for this same health condition (excluding pregnancy) while you remain out of work even if you are on an approved leave of absence. However, you have the right to appeal the denied claim; see the "Filing an appeal" section on page 10-15.

**Wells Fargo provides the Texas Injury Benefit Plan, rather than Workers' Compensation, for Texas employees who have a work-related injury or illness. For Texas employees, references to "Workers' Compensation" shall mean the "Wells Fargo Texas Injury Benefit Plan."

## How STD benefits coordinate with leave of absences

The STD Plan provides pay continuation if you have a medically certified health condition and are unable to perform some or all of you job duties for more than seven consecutive calendar days. Generally, you will be on a leave of absence that runs concurrently to your short-term disability benefits. A leave of absence is not part of the STD Plan and has different requirements, including different forms and deadlines. The discussion of leaves in this section and the chart below is for informational purposes only and is not part of the STD plan or any other ERISA benefit sponsored by Wells Fargo.

| For a | You'll need to provide: |
|---|---|
| **Medical Leave of Absence** | A Certification of Health Care Provider (DOC) form confirming that you are medically unable to work.<br>Provide documentation, including the required certification, within 15 calendar days of the leave administrator's request. You may be required to provide recertification on a periodic basis.<br>**Note:** If you submit a claim for short-term disability (STD) benefits concurrently with a Medical Leave request, you and your health care provider must provide additional medical documentation to support your STD claim (see information about medical documentation under the "Proof of your disability" on page 10-8 ). The Certification of Health Care Provider form submitted with your medical leave request does not provide enough information to support a short-term disability claim. An approved medical leave is unpaid until a short-term disability claim is approved. |

| | |
|---|---|
| **Short-Term Disability claim** | You must provide additional medical documentation described in "Proof of your disability" on page 10-8 to support your STD claim.<br>Authorization forms:<br>• Lincoln Authorization to Obtain and Release Information (PDF)<br>• Kaiser Authorization to Disclose Health Information (PDF).<br>The Certification of Health Care Provider form is used solely for the purpose of approving a medical leave, which is unpaid. In order to receive Short-Term Disability pay during your medical leave, Lincoln will provide you with an Authorization to Obtain and Release Information form that authorizes your provider to share medical records with Lincoln Financial to evaluate your eligibility for STD pay. You will need to sign the authorization form and send it to Lincoln or provide directly to your treating provider. It is your responsibility to ensure that Lincoln receives the information in a timely manner. When medical records are not received timely, any STD payments you may be eligible for may be delayed. See the "Proof of your disability" section on page 10-8 for more details. |
| **Parental Leave** | If you file a claim for maternity Short-Term Disability benefits, then Parental leave supplements the benefits you may be eligible to receive under the STD Plan, if you meet the requirements for Parental Leave. Generally, parental leave runs concurrently with Short-Term Disability benefits.<br>Lincoln will provide you with a Certificate of Care form for Parental Leave where you will self-designate as a primary or nonprimary caregiver.<br>For more information on how the STD Plan coordinates with Parental Leave, see the "STD benefit amount" on page 10-12. |

## How to file a claim for STD benefits

### 1. Call your supervisor

If you are unable to work your regular work schedule, you must speak to your supervisor immediately. If you are unable to personally speak to your supervisor, have someone else make the call. You don't need to share any medical information with your supervisor, but you should keep in regular contact with them about your leave status, including any extension of your leave, work restrictions, return to work date, and requested accommodations, if any.

If you are aware of an impending leave because of a planned medical procedure, you should provide your supervisor with at least 30 days advance notice.

### 2. Call Lincoln

To file a claim for STD benefits for a health condition that is not due to a work-related illness or injury, you must file a claim with Lincoln. There are two ways to file your claim for STD benefits:

1. **Call our claims administrator, Lincoln, at** 1-866-213-2937.
2. **File online at Lincoln at** mylincolnportal.com**.** First-time users will need to establish a username and password by following the prompts on the screen. The company code for Wells Fargo is "wells."

You may report your claim for disability benefits up to 30 days in advance of the date your leave is to begin.

Proof of your disability is required for all claims and must be received by Lincoln within the designated time frame described in the "Proof of your disability" section starting on page 10-8. Proof may include medical records, test results, or hospitalization records as Lincoln deems necessary. If Lincoln has not received valid medical proof of your disability within the designated time frame, your request for STD benefits will be denied. For more information, see the "STD benefits schedule" on page 10-11 and the "Proof of your disability" section on page 10-8.

If your health condition is due to a work-related illness or injury, you must contact a Risk & Insurance Management Representative by calling 1-877-HRWELLS (1-877-479-3557), option 2, 3, 3 to file a separate Workers' Compensation claim.

If you return to work, and within 30 calendar days you miss work again because of a recurrence of your medically certified health condition, immediately contact all of the following:

- Your supervisor
- Lincoln, at 1-866-213-2937

For more information, see the "Recurrent condition" section on page 10-10.

A claim for STD benefits and Workers' Compensation for the same condition will be coordinated. Workers' Compensation is considered the primary source of income continuation if you have a health condition that is payable under both Workers' Compensation and the STD Plan. STD benefits will be reduced by your Workers' Compensation benefits. (See the "Deductible sources of income" section on page 10-12 for more information.) Claims for STD benefits are reviewed independent of claims for Workers' Compensation benefits.


BPN 000021

### 3. Get the forms you need

The forms referenced below are available by calling Lincoln at 1-866-213-2937.

Please include your Lincoln claim number and your first and last name on all correspondence sent to Lincoln. This allows Lincoln to expedite the review of any correspondence concerning your request for STD benefits.

**Required forms**

Complete the Authorization to Obtain and Release Information form and fax it to Lincoln at 1-866-214-7839 or mail it to the following address:

Lincoln Financial Group
Disability Claims
PO Box 2578
Omaha, NE 68172-9688

To expedite the processing of your claim, Lincoln may need to contact your physician to obtain medical information concerning your disability. Your physician cannot share medical information concerning your disability unless the authorization is on file with Lincoln. Failure to provide a completed authorization form may result in the denial of your claim for STD benefits.

While Lincoln will make attempts on your behalf to obtain your medical records, it is your responsibility to provide the required documentation. Your failure to provide the medical information concerning your disability when required may result in the denial of your claim for STD benefits.

### 4. Provide valid medical information

The medical information you provide in support of your claim must be accurate. If the information is not accurate or the signature of the health care provider is not valid as determined by Lincoln, your claim for STD benefits will be denied or discontinued, you will be disqualified from participating in the STD Plan, and you may be subject to further disciplinary action, including termination of employment.

### 5. Timely action required

Your STD benefits payments will be denied or discontinued if you or your health care provider does not supply, by the due date, all of the information about your condition requested by Lincoln.

**Note:** If you are eligible for benefits under both the STD Plan and the STD Top-Up Plan, you only need to file one claim for STD benefits. The claims administrator of each plan will coordinate the claim with the other plan, if necessary.

## How the STD Plan works

### STD waiting period

You may be eligible for STD benefits after you complete the STD waiting period. The STD waiting period is the seven-consecutive-calendar-day period beginning on the initial date of your medically certified health condition.

If you begin your leave with a reduced work schedule, the hours you have missed will not apply toward the waiting period.

If you return to work and attempt to complete one scheduled workday before the end of the STD waiting period, but you are unable to work at least half of your regularly scheduled workday due to your medically certified health condition, then the STD waiting period will be considered to have been uninterrupted. If you work one full day during your waiting period, your waiting period will start over.

Your time away from work during the STD waiting period is subject to Wells Fargo's time away programs, including required use of your accrued, unused Paid Time Off (PTO) or paid sick time (PST), as applicable during the STD waiting period for any scheduled work hours you miss. If you do not have accrued PTO or PST available, and your time away from work is not otherwise subject to income replacement under Wells Fargo's time away programs, the STD waiting period will be unpaid unless your business group allows employees to use unaccrued PTO from their current year's unaccrued PTO, in which case you may use PTO allowance in accordance with your business group's policy and other paid time away (with the exception of military duty).

If you are requesting STD benefits due to the birth of a child and you are the primary caregiver and have met the eligibility requirements for Parental Leave, you do not need to use PTO or PST to cover the STD waiting period. However, if you are not the primary caregiver and defer your Parental Leave to a later date or you are not yet eligible for Parental Leave, then the previous paragraph applies to you.

### Qualifying for STD benefits

To qualify for STD benefits, you must:

- Be eligible for coverage under the STD Plan.
- Be actively at work on the scheduled day before the onset of disability or on an approved leave of absence that is recognized by the STD Plan (for example, a Medical Leave, Family Leave, Workers' Compensation Leave, or Personal Leave).
- Be considered disabled under the STD Plan; that is, you must have a medically certified health condition that lasts longer than the STD waiting period and prevents you from performing the essential duties of your job.
- Be under the care of an approved care provider.
- Receive appropriate care and treatment for your medically certified health condition.


BPN 000022

- File a claim for STD benefits within 90 days following your date of disability. Date of disability is generally defined as the first day that you are medically unable to work due to your condition. Certification must be received to validate that you meet the definition of disability as defined by the plan as of this date. For more information, see "5. Timely action required" on page 10-7.
- Receive approval of STD benefits in accordance with the provisions of the STD Plan.

Even though you may qualify for disability income from other sources such as State Disability Insurance, you must satisfy all of the criteria of the STD Plan before you will qualify for STD benefits under the STD Plan.

## Medically certified health condition definition

For purposes of the STD Plan, a medically certified health condition is generally defined as a disabling injury or illness that:

- Is documented by clinical evidence as provided and certified by an approved care provider. Clinical evidence may include medical records, medical test results, physical therapy notes, mental health records, and prescription records.
- Prevents you from performing the essential functions, duties, and regular schedule of your position as of the last day worked for longer than the STD waiting period.

**Note:** Not all conditions are covered; refer to the "Exclusions" section on page 10-14 for more information.

### Pregnancy

Your date of disability will be considered your date of delivery (or the day after your delivery if you worked on the day you delivered). After you deliver your baby, you may be eligible for six or eight weeks of STD benefits which will include your one week for the STD waiting period if you have not already satisfied it prior to your date of delivery (see the "STD waiting period" section on page 10-7 for more information). You may also be eligible for Parental Leave, which would allow you to receive income replacement beginning on the date of the delivery (parental leave is not part of this STD Plan). See the "How the STD Plan coordinates with Wells Fargo's Parental Leave" section on page 10-12 for more information.

If you experience complications during or after your pregnancy that result in an inability to work, you may be eligible for STD benefits before or after delivery based on the medical information provided to Lincoln. Disabling medical complications related to pregnancy are treated the same as any other disabling injury or illness under the STD Plan. For example, fatigue associated with pregnancy may not qualify as a medically certified health condition under the STD Plan unless your approved care provider documents the clinical evidence that the fatigue prevents you from performing the essential duties of your regular job. For more information, see the "Qualifying for STD benefits" section starting on page 10-7.

## Valid medical information

The medical information you provide in support of your claim must be accurate. If the information is not accurate or the signature of the health care provider is not valid as determined by Lincoln, your claim for STD benefits will be denied or discontinued, you will be disqualified from participating in the STD Plan, and you may be subject to further disciplinary action, including termination of employment.

## Approved care provider definition

"Approved care provider" means a person who is legally licensed to practice medicine and is not you or related to you. A licensed medical practitioner will be considered an approved care provider if:

- Applicable state law requires that such practitioners be recognized for the purposes of certification of disability.
- The care and treatment provided by the practitioner are within the scope of his or her license.

An approved care provider includes a licensed Ph.D. psychologist or other licensed mental health practitioner.

## Appropriate care and treatment definition

"Appropriate care and treatment" means medical care and treatment that meets all of the following criteria:

- It is received from an approved care provider whose training and experience are suitable for treating your medically certified health condition.
- It is necessary to meet your health needs and is of demonstrable medical value.
- It is consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research, and health coverage organizations.
- It is consistent with the diagnosis of your condition.
- Its purpose is to maximize your medical improvement.

## Proof of your disability

It is your responsibility to ensure that Lincoln receives requested medical proof of your disability, which may include medical records, test results, and hospitalization records, within the designated time frame. If Lincoln has not received the requested medical documentation and valid medical proof within 30 days from the later of the date your claim was filed or your date of disability, your request for STD benefits will be denied. A claim for STD benefits must be filed no later than 90 days following your date of disability (see the "date of disability" definition in the "Qualifying for STD benefits" section starting on page 10-7).

You can file a claim for STD benefits beyond 90 days following your date of disability if you can show both of the following:

- It was not reasonably possible to give timely written proof of your claim for Short-Term Disability benefits. Such proof must be provided as soon as reasonably possible but in no event,


BPN 000023

except in the absence of your legal capacity, later than one year from the time proof is otherwise required.

- Medical information supporting your claim for STD benefits satisfactory to Lincoln was provided as soon as was reasonably possible.

## Benefits determination

The determination of a claim for STD benefits is based on one or more of the following:

- Medical information provided by your approved care provider or providers
- Professional opinions of other care providers as designated by Lincoln
- Other criteria as specified in this chapter

You will receive written notification of the status of your claim for STD benefits within 45 days of Lincoln's receipt of your claim for STD benefits. You will receive only one determination (approval or denial) that applies to both the STD Plan and the STD Top-Up Plan.

### Approvals

Approval of a claim for STD benefits is based on one or more of the following:

- Medical information provided by your approved care provider or providers
- Professional opinions of other care providers as designated by Lincoln
- Other criteria as specified in this chapter

You will receive written notification of the status of your claim for STD benefits within 45 days of Lincoln's receipt of your claim for STD benefits. If your claim for STD benefits is approved, the letter will state the expected duration of your STD benefits, when updated medical information is due, or when benefits will stop. Approvals are retroactive to the first day you are medically certified to miss work after the STD waiting period. For more information, see the "Claims and appeals" section starting on page 10-14.

### Denials

If Lincoln denies your claim for STD benefits in whole or in part, the notification of the claims decision will be provided to you and will state the reasons why your claim was denied and reference the specific STD Plan provision or provisions on which the denial is based. You have the right to appeal this determination. For more information, see the "Claims and appeals" section starting on page 10-14.

After a claim for STD benefits has been denied, if you continue to remain out of work due to your medically certified health condition (the health condition that was the basis for your denied claim) or for any other reason, you are not eligible to file a subsequent claim for STD benefits (excluding pregnancy) while you remain out of work even if you are on an approved leave of absence. (However, you have the right to appeal the denied claim; see the "Filing an appeal" section starting on page 10-15.)

Lincoln will notify you of the requirements for maintaining an approved leave of absence with Wells Fargo if your claim for STD benefits was denied and you continue to remain out of work due to your medically certified health condition. Failure to comply with those requirements may result in corrective action up to and including termination of your employment.

## Disability case management

Lincoln will assign a disability case manager to provide case management services, to monitor your continuing eligibility for STD benefits, and to facilitate your timely return to work. Your Lincoln Case Manager will monitor the payment of your STD benefits to ensure that your benefit is being processed correctly. It is your responsibility to keep Lincoln and your supervisor informed with updates about your leave status.

## Confidentiality of medical information

Medical information about your diagnosis, treatment plan, and care provider will be kept confidential by Lincoln, unless your file is released to the plan administrator or its designee in connection with an appeal. Lincoln may release medical information to a third-party vendor or to your treating providers as it pertains to your claim for disability benefits. Such information will not be disclosed to your supervisor without your consent or made part of your personnel file.

With your written consent, information may be shared with Wells Fargo as it pertains to administration of your leave (Leave Disability Management), as it pertains to your return to work (Accommodations Management), or as it pertains to mental health referrals (Employee Assistance Consulting). Information about your dates of leave, eligibility for STD benefits, return to work dates, work restrictions, requested accommodation, or any combination thereof may be provided to your supervisor or Human Resources consultant and may be noted in your personnel file.

## Medical evaluations and treatment plans

Your approved care provider should establish a detailed treatment plan to assist you in your recovery and continue to provide proof of your disability to Lincoln. Before you can return to work, Lincoln and your supervisor must receive a signed confirmation of your release to return to work from your approved care provider. Your release must explain any requested accommodations or work restrictions.

## Independent medical examinations

Lincoln may request another care provider to examine you. This is called an "independent medical examination." The purpose of this exam is to obtain additional information about your condition and treatment plan for the purpose of determining your eligibility for STD benefits. Lincoln chooses the care provider who examines you and pays for the examination. In some cases, more than one independent medical examination may be required. Your refusal to attend or cooperate with the independent medical examination may result in a denial or discontinuation of STD benefits.

In some cases, STD benefits may be stopped at the time the independent medical examination is ordered until the results of the independent medical examination are received and a decision can be made about your eligibility for STD benefits. After your eligibility for STD benefits is approved, STD benefits will be reinstated retroactive to the date benefits stopped.

### Additional evaluations

Lincoln may also request that you receive additional evaluations, which may include rehabilitation, functional, psychological, or vocational evaluations. These evaluations are also used to determine your health status and ability to work. You are required to participate in these evaluations to receive or to continue receiving STD benefits. These evaluations will be provided at no cost to you.

### On-site medical case management

Lincoln may contract with an on-site medical case manager to assist you and your Lincoln disability case manager to facilitate your timely return to work. The on-site medical case manager may accompany you to medical appointments, review and coordinate care and treatment, visit your home and workplace, and communicate with your care providers, supervisor, Human Resources consultants, and your Lincoln disability case manager. You are required to cooperate with on-site medical case management to continue receiving STD benefits.

### Recurrent condition

If your medically certified health condition starts again within 30 calendar days after you have been released to return to work, your condition may be considered a recurrent condition. A recurrent condition is due to the same cause or complication resulting from the initial medically certified health condition. It will be treated as a continuation of your initial medically certified health condition, and you will not have to satisfy a new STD waiting period. The maximum amount of time you may receive STD benefits for the same condition is 26 weeks, which includes the STD waiting period.

If your medically certified health condition starts again 30 calendar days or more after you have been released to return to work on a full-time basis, it will be treated as a new condition under the STD Plan. If that is the case, you will be required to satisfy a new waiting period.

Your covered pay for purposes of determining your STD benefit will be based on your covered pay at the time the condition originally started, versus when the condition starts again, unless you are required to file a new claim (see the "Covered pay" section on page 10-11).

## If you are disabled and working (reduced work schedule)

A reduced work schedule is an accommodation provided to you by your supervisor, Wells Fargo Accommodations Management, or both if you have proof of a disability that prevents you from working 100% of your predisability standard hours as documented by your health care provider. All accommodations must be reviewed and approved by your supervisor, Wells Fargo Accommodations Management, or both.

STD benefits may be paid in combination with the earnings you receive while on a reduced work schedule based on the applicable percentages and time periods described in the "STD benefits schedule" on page 10-11. As a result, in addition to your reduced work schedule earnings, you may receive STD benefits up to your eligible STD benefit amount reduced by other sources of income (see the "Deductible sources of income" section on page 10-12). To be eligible to receive STD benefits on a reduced work schedule, you must satisfy the waiting period and be earning between 20% and 80% of your covered pay (see the "Covered pay" section on page 10-11).

### Reduced work schedule STD pay examples

- Example 1 for employees who have satisfied the STD waiting period and who are eligible for an STD benefit of 65% of their covered pay* (and are not receiving any sources of income other than the reduced work schedule earnings)
  - If your normal biweekly pay amount is $1,000 as an employee working 40 hours per week
    - At a 65%* STD benefit level, your maximum STD benefit would be $650 biweekly
  - If, on the reduced work schedule, you work 20 hours per week and earn $500 biweekly (for your hours worked)
    - The remaining eligible STD benefit would be $150 biweekly (the $650 STD maximum benefit minus the $500 biweekly pay for hours worked)

* Your eligible STD benefit amount is based on the "STD benefits schedule" noted on page 10-11.

- Example 2 for employees who have satisfied the STD waiting period and who are eligible for an STD benefit of 100% of their covered pay* (and are not receiving any sources of income other than the reduced work schedule earnings)
  - If your normal biweekly pay amount is $1,000 as an employee working 40 hours per week
    - At a 100%* STD benefit level, your maximum STD benefit would be $1,000 biweekly
  - If, on the reduced work schedule, you work 20 hours per week and earn $500 biweekly (for your hours worked)
    - The remaining eligible STD benefit would be $500 biweekly (the $1,000 STD maximum benefit minus the $500 biweekly pay for hours worked)

* Your eligible STD benefit amount is based on the "STD benefits schedule" noted on page 10-11.


BPN 000025

# STD Plan benefits

Generally, STD benefits replace either 65% or 100% of your covered pay, referred to as 'salary' in the Benefits section of Workday, for up to 25 weeks, after completion of the STD waiting period, based on your completed years of service, as shown in the table below. For information on covered pay, see the "Covered pay" section on this page.

**Note:** Your STD waiting period of the first seven consecutive days counts toward the 26 weeks.

## STD benefits schedule

| Completed years of service | Weeks at 100% of covered pay* | Weeks at 65% of covered pay* |
|---|---|---|
| **Less than 1 year – 3 years** | 4 weeks | 21 weeks |
| **4 – 6 years** | 7 weeks | 18 weeks |
| **7 – 9 years** | 13 weeks | 12 weeks |
| **10 or more years** | 25 weeks | None |

* After completion of the STD waiting period (see the "STD waiting period" section on page 10-7 for more information).

## Completed years of service

For STD benefits, your completed years of service are measured from your Continuous Service Date as explained in Workday and Payroll System. You are credited with one year of service after each full 12-month period of employment is completed.

## Covered pay

If you meet the criteria for STD benefits, your benefits are based on covered pay in effect on the day before the initial date of your disability. Your covered pay is determined by the job classification code (job class code) for your position in Workday. To view your STD covered pay, log into Workday, go to View Profile, then choose Actions, then choose Benefits, and View Benefits Annual Rate to see your STD Covered Pay.

### Job class code 2

Most positions within Wells Fargo are job class code 2. For job class code 2 positions, covered pay is defined by your annual base salary. Annual base salary is your hourly rate of pay (including geographical differentials, if applicable) multiplied by the number of standard hours indicated in Workday and takes into account the number of working days each calendar year. The amount is multiplied by the number of weeks in a calendar year to determine your annual base salary. Base salary may be expressed as an annual, monthly, or hourly rate. Base salary includes amounts designated as before-tax contributions you make to Wells Fargo's sponsored benefit plans, but it does not include overtime pay, shift differentials, language differentials, incentives, bonuses, commissions, or perquisites such as parking or auto allowances or commute subsidies.

Covered pay considered for purposes of determining disability benefits under the STD Plan will be limited to the annual amount set forth in Section 505(b)(7) of the Internal Revenue Code and is subject to change by the federal government at its discretion. If your covered pay for benefit purposes exceeds that amount, the amount exceeding the limit will be considered covered pay under the STD Top-Up Plan. If benefit payments are due from both the STD Plan and STD Top-Up Plan, the payments will be consolidated into a single check each time payments are due.

### Job class codes 1 and 5

#### Variable Incentive Compensation positions

Variable Incentive Compensation (VIC) applies to jobs with a pay structure designed to deliver 40% or more of the expected total cash through incentives that are paid primarily on a monthly or quarterly basis. Assignment of jobs to VIC requires approval of Wells Fargo Rewards and Performance Management. For VIC employees (positions assigned job class code 5 in Workday), covered pay is your benefits base as indicated on that system based on the most recent quarterly earnings calculation. Generally, quarterly calculations are completed sometime in the first several days of each quarter. The amount of covered pay is updated on the day of the calculation. Benefits base is calculated quarterly by annualizing earnings based on salary and incentives or commissions paid in the last 12 months, divided by the number of months with earnings greater than $0, up to a maximum amount set forth in Section 505(b)(7) of the Internal Revenue Code and is subject to change by the federal government at its discretion. Benefits base does not include some forms of compensation such as overtime pay, shift differentials, hiring and retention bonuses, noncash awards, and prerequisites (such as parking or auto allowance or commute subsidies).

#### Wells Fargo Mortgage Consultant Participant positions

For Mortgage Consultant Participant employees (positions assigned a job class code 1 in Workday), covered pay is your benefits base as indicated on that system up to a maximum amount set forth in Section 505(b)(7) of the Internal Revenue Code and is subject to change by the federal government at its discretion.

When employees in job class code 1 qualify for STD, the regular or guaranteed commission and the credit draw commission continue during the seven-day waiting period, unless you have

PTO available. The draw is then discontinued at the start of the Medical Leave. The draw resumes on the first day the employee returns to work (including on a flex-time basis or reduced work schedule). The excess (if any) net commission credit is given to the employee. In no case will the employee earn less than the calculated STD benefit each month while on leave.

## STD benefit amount

STD benefits are generally based on your covered pay, referred to as "salary" in the Benefits section on Workday, in effect on the day before the initial date of your disability, and on your completed years of service on the first day of your disability, as shown in the "STD benefits schedule" on page 10-11.

**How the STD Plan coordinates with Wells Fargo's Parental Leave**

This section is for informational purposes only and is not part of the STD Plan or any other ERISA benefit sponsored by Wells Fargo & Company.

Parental Leave supplements the benefits you may be eligible for under the STD Plan if the condition for which you are requesting STD Plan benefits is due to the birth of your child and your claim is approved.

- If you are eligible for 100% benefits under this STD Plan (offset by deductible sources of income as noted below), generally you would not receive income replacement via Parental Leave for the time period that the STD Plan benefit runs concurrent to the Parental Leave.
- If you are eligible for 65% benefits under this STD Plan (offset by deductible sources of income as noted below), your concurrent income replacement under Parental Leave will be reduced accordingly, and you will only receive 35% of your income replacement under Parental Leave for the time period that the STD Plan benefit runs concurrent to Parental Leave.

You will never receive more than 100% of your predisability covered pay. For more information about Parental Leave, refer to Service Now or call Lincoln at 1-866-213-2937.

**Deductible sources of income**

You will never receive more than 100% of your predisability covered pay, referred to as "salary" in the Benefits section of Workday. Your STD benefit automatically will be reduced by the amount of income you receive (or are eligible to receive) from other sources, including but not limited to:

- Statutory benefits, such as state-mandated disability benefits. However, if the state denies your state disability benefit for any reason, your Wells Fargo short-term disability benefits will not be reduced.
- Workers' Compensation benefits attributed to lost income, including a settlement awarded to you.
- Automobile and other accident wage replacement income.
- Income while you are working under an approved reduced work schedule.
- Any income received for disability under a government compulsory benefit or program that provides for loss of time from your job due to your disability, whether such payment is made directly by the plan or program or through a third party (including but not limited to Social Security disability, retirement, and dependent's benefits, but excluding survivor benefits).
- Third-party recovery for loss of income by judgment, settlement, or otherwise, including recovery amounts you may receive from future earnings as permitted by state law.

If you work in a state or commonwealth with a mandatory disability program (currently California, Hawaii, Massachusetts, New Jersey, New York, Puerto Rico, Rhode Island, Washington State, and Washington D.C.), it is your responsibility to apply for statutory benefits for most states. Lincoln will file with Hawaii, New Jersey, and New York on your behalf.

If your employment ends before the date you become disabled, you will not be eligible for STD coverage.

**Payment of STD benefits**

Once the plan administrator receives notification from Lincoln that your STD claim meets the criteria for approval, all STD benefits will be paid through the Wells Fargo regular biweekly payroll system. Your regular benefit deductions will continue to be taken from your STD benefits in accordance with the provisions of the other Wells Fargo plans in which you participate. In some instances, your health benefit deductions may not be included in your disability check. In these cases, you may be billed later. You should review each payment to ensure that the appropriate deductions have been taken for your health benefits.

**Recovery of overpayment**

If you receive excess STD benefits because you receive income from one of these deductible sources described in the "Deductible sources of income" section on this page or due to a miscalculation of your benefit amount, the STD Plan or the plan administrator or its designee reserves the right to seek full reimbursement of the amounts overpaid, including but not limited to offsetting any future STD benefits by the amount overpaid.

**Right of recovery**

When your injury or sickness appears to be someone else's fault, benefits otherwise payable under the STD Plan for loss of time as a result of that injury or sickness will not be paid unless you or your legal representative agree to the following:

- To repay the STD Plan for such benefits to the extent they are for losses for which compensation is paid to you by or on behalf of the person at fault.
- To allow the STD Plan to place a lien on such compensation and to hold such compensation in trust for the STD Plan.
- To execute and give to the plan any instruments needed to secure the rights under the first two conditions, above.

Further, when the STD Plan has paid benefits to you or on your behalf, the STD Plan may be subrogated to all rights of recovery that you have against the person at fault. These subrogation rights will extend only to recovery of the amount the STD Plan has paid. You must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the STD Plan.


BPN 000027

You must also agree not to take any action that is inconsistent with the STD Plan's right to reimbursement. Reimbursement will be made regardless of whether you are fully compensated, or "made whole," by the settlement, verdict, judgment, award, or insurance proceeds and regardless of whether costs are allocated to "loss of income." The STD Plan will not be responsible for bearing the cost of any legal fees you incur as a result of any action you take against the third party.

If you refuse to fully reimburse the STD Plan after receipt of a settlement, verdict, judgment, award, or insurance proceeds, the STD Plan may not pay for any future benefits. The STD Plan may seek legal action against you to recover paid benefits related to your injury or condition. In addition, the STD Plan will have a lien on any amounts payable by a third party or under an insurance policy or program, to the extent benefits are paid by the STD Plan.

Attorneys' fees and expenses that you incur in connection with the recovery of money from third parties may not be deducted from subrogation or reimbursement amounts, unless agreed to by the plan administrator, in its discretion, or by the plan administrator's designee. Accordingly, the "Common Fund" doctrine will not apply to any recovery of money by you or on your behalf.

**Taxes on STD benefits**

STD benefits are taxable income. Wells Fargo withholds federal, state, local, and Social Security taxes from your STD benefits.

## When STD benefits end

Generally, the maximum amount of time you may receive STD benefits for the same condition is 25 weeks after completion of the STD waiting period. STD benefits may end sooner if you are unwilling or fail to do any one of the following:

- Provide medical evidence in a timely manner.
- Provide requested medical records.
- Receive continuing care and treatment from an approved care provider, appropriate to your condition, during the time period for which STD benefits are requested.
- Participate in additional medical and other evaluations requested by Lincoln. For more information, see the "Medical evaluations and treatment plans" on page 10-9.
- Cooperate with on-site medical case management.
- Follow the prescribed treatment plan.
- Follow approved work restrictions or accommodations.
- Return to work when medically certified to do so.
- Accept the same or equivalent offer of employment within your medical restrictions.
- Begin working for wage or profit if not under an approved reduced work schedule.
- The date your weekly earnings exceed 80% of your predisability covered pay.
- The day you have received the maximum amount of STD benefits, as shown in the "Deductible sources of income" section on page 10-12, for the same or related health condition that gave rise to your STD claim.

In addition, your STD benefits may end if your employment is terminated for any reason. **Note:** If you are notified of a qualifying event under the Wells Fargo & Company Severance Plan and receiving STD benefits during the notice period or prior to your severance eligibility period, STD benefits will be paid until benefits end (up to 25 weeks).

## Survivor benefit

If you die while receiving STD benefits, the STD Plan will pay your beneficiary a lump sum in an amount equal to 10 times your predisability biweekly covered pay, referred to as "salary" in the Benefits section of Workday, based on your covered pay in effect on the day before the initial date of your disability. For example, if you are an employee who has a covered pay amount of $35,000 per year, you would calculate $35,000 per year divided by 26 weeks to get a $1,346.16 biweekly rate. To calculate the survivor benefit, take this amount and multiply it by 10 to get $13,461.60. In this example, $13,461.60 would be paid to your designated beneficiary at the time of your death. The survivor benefit will be reduced by any overpayment of STD benefits that may exist. Taxes will not be withheld from your survivor benefit. Your estate or the benefit recipient may, however, be required to pay additional taxes to the state or federal government. Consult a tax advisor for tax information related to your survivor benefit.

You will be asked to name one or more beneficiaries when you enroll in benefits, using the online Beneficiary Designation Tool in Workday. If you need to change your beneficiaries during the year, you may do so at any time by going to the Beneficiary Designation Tool in Workday.

If a beneficiary is not designated, the beneficiary dies before you, or at the same time as you, and no contingent beneficiary was named, or the contingent beneficiary has also died before you, the death benefit is paid to your survivors in the following order:

1. Your surviving spouse or domestic partner[1]
2. Equally among your surviving biological and adopted children[2]
3. Equally between your surviving parents
4. Equally among your surviving brothers and sisters
5. Your estate

1. See the "Definitions relating to marital status" section on page 10-14 for more information.

2. Except that if any of the participant's children predecease him or her but leave descendants surviving, such descendants shall take by right of representation the share their parent would have taken, if living.

To qualify for a survivor benefit, the following conditions must be met:

- You completed the STD waiting period.
- You were eligible to receive STD benefits at the time of your death.
- You were not working a reduced work schedule due to your disability.
- Proof of your death is provided to Wells Fargo.

If your beneficiary disagrees with the determination on your eligibility or the amount of the survivor benefit, your beneficiary has the right to request and obtain a copy of this SPD.

Upon your beneficiary's written request, the plan administrator will provide, free of charge, copies of documents, records, and other information relevant to your survivor benefit.

**Definitions relating to marital status**

For payment of a benefit if there are no surviving or designated beneficiaries, the following terms have the meanings assigned to them below:

- "Spouse" means the person to whom you are legally married on your date of death under the laws of any U.S. or foreign jurisdiction having the legal authority to sanction marriages, or the person who was your current common-law spouse on your date of death in a legally recognized common-law marriage, contracted in a state that recognizes common-law marriages.
- "Domestic partner" means a person of the same or opposite gender who is not your spouse as defined above, that meets at least one of the following criteria on your date of death:
  - You and the person are joined in a civil union (or other similar formal relationship) on your date of death that is recognized as creating some or all of the rights of marriage under the laws of the state or country in which the union was created but is not denominated or recognized as a marriage under the laws of that state or country.
  - You and the person share a domestic partnership (or other similar formal relationship) on your date of death that is registered by a city, county, state, or country but is not denominated or recognized as a marriage under the laws of that city, county, state, or country.
  - You and the person both meet all of the following requirements:
    - i. You shared a single, intimate, committed relationship of mutual caring as of your date of death and intended to remain in the relationship indefinitely.
    - ii. You resided together in the same residence and lived in a spouse-like relationship prior to your date of death.
    - iii. You are not related by blood or a degree of closeness that would prohibit marriage under the law of the state in which you reside.
    - iv. Neither of you was married to another person under either federal, state, or common law, and neither is a member of another domestic partnership.
    - v. You were both mentally competent to consent or contract.
    - vi. You were both at least 18 years old.
    - vii. You were financially interdependent, jointly responsible for each other's basic living expenses, and if asked, your partner is able to provide documentation for three of the following being in effect as of your date of death:
      - **A.** Joint ownership of real property or a common leasehold interest in real property
      - **B.** Common ownership of an automobile
      - **C.** Joint bank or credit accounts
      - **D.** A will that designates the other as primary beneficiary
      - **E.** A beneficiary designation form for a retirement plan or life insurance policy signed and completed to the effect that one partner is a beneficiary of the other
      - **F.** Designation of one partner as holding power of attorney for health care decisions for the other

### Exclusions

Not all conditions are covered by the STD Plan. STD benefits will not be paid for any condition that is caused by or results from:

- Your commission or attempted commission of any criminal act, including but not limited to an assault, battery, felony, or any combination thereof
- Injuries you sustain or illness contracted while you are performing services for, or receiving compensation from, the military
- A cosmetic surgery or elective procedure, unless the surgery or procedure is:
  - Performed in connection with, or as a result of, a covered injury, accident, or illness in which the surgery or procedure is required due to reconstruction or medical necessity
  - Gender reassignment-related services (pre- and post-surgery)
  - Performed in connection with organ donation

## Claims and appeals

### Filing a claim

For information on how to file a claim for STD benefits, see the "How to file a claim for STD benefits" section starting on page 10-6. It is important to note that there is a claims filing deadline. You may report your claim for disability benefits up to 30 days in advance of the date your leave is to begin (for example, if you have a planned surgery), and you must file your claim for STD benefits no later than 90 days following your date of disability (see reference to the date of disability definition in the "Qualifying for STD benefits" section on page 10-7).

### Claim determinations, determination extension, and requests for additional information

After you submit a claim for STD benefits, Lincoln will review your claim and notify you of its decision to approve or deny your claim. Such notification will be mailed to you within a reasonable period, not to exceed 45 days from the date you submitted your claim, except for situations requiring an extension of time because of matters beyond the control of the STD Plan. In such cases, Lincoln may have up to two additional extensions of 30 days each to provide you such notification.



BPN 000029

If Lincoln needs an extension, it will notify you before the expiration of the initial 45-day period (or before the expiration of the first 30-day extension period if a second 30-day extension period is needed), state the reason why the extension is needed, and state when it will make its determination. If an extension is needed because you did not provide sufficient information or filed an incomplete claim, the time from the date of Lincoln's notice requesting additional information and an extension until Lincoln receives the requested information does not count toward the time period that Lincoln is allowed to notify you of its claim decision. You will have 45 days to provide the requested information from the date you receive the extension notice requesting additional information from Lincoln.

### Content of the claim determination notice

As noted in the "Claim determinations, determination extension, and requests for additional information" section on page 10-14, you will receive notice of the claim determination. An adverse benefit determination is a denial of your claim in whole or in part. Adverse benefit determinations will contain a complete discussion on why the claim was denied. If you receive an adverse benefit determination, the notice will provide the following information:

- The specific reason or reasons for the adverse determination.
- Reference to the specific STD plan provisions on which the determination is based.
- If the claim is denied because Lincoln did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed.
- If applicable, a description of any additional information necessary to perfect the claim and an explanation of why such information is necessary.
- If an internal rule, protocol, guideline, or other criterion was relied upon to make the determination, the decision will state the internal rule, protocol, guideline, or other criterion or indicate that a copy of such rule, protocol, guideline, or other criterion will be provided free of charge to you upon request.
- If the adverse determination is based on medical necessity, experimental treatment, or similar exclusion or limit, you will receive an explanation of scientific or clinical judgment for the determination, applying the terms of the STD Plan to the claimant's medical circumstances or a statement that an explanation of the scientific or clinical judgment will be provided to you free of charge upon request.
- An explanation of the basis for disagreeing (or not) with any of the following information:
  - The views presented by the claimant of treating health care professionals or vocational professionals who evaluated you
  - The views of the medical or vocational experts whose advice was obtained in connection with the decision, whether or not relied upon
  - A Social Security disability benefit determination presented by you
- A description of the plan's claim appeal review procedures (including the time limits applicable to such procedures) and a statement regarding your right to bring a civil action under the Employee Retirement Income Security Act of 1974, as amended (ERISA) Section 502(a) following an adverse benefit determination on appeal.
- A statement that you are entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other information relevant to your claim for benefits.
- Any additional information required under applicable law.

For additional information on filing an appeal under the STD Plan, see the "Filing an appeal" section starting on this page.

### Filing an appeal

If Lincoln denies your STD claim in whole or in part, you believe you should be entitled to a different amount of STD benefits, or you disagree with any determination that has been made reflecting your benefits under the STD Plan, you (or your authorized representative) may appeal the decision. You (or your authorized representative) must file your appeal in writing within 180 days of the date you receive Lincoln's written adverse benefit determination of your claim, regardless of any discussions or consultations about the claim. The STD Plan has one level of appeal, which is reviewed by Lincoln. You or your duly authorized representative must sign your appeal request. It should be sent to Lincoln by U.S. mail to the following address:

Lincoln Financial Group
Disability Claims
PO Box 2578
Omaha, NE 68172-9688

The address for filing an appeal is also noted in Lincoln's adverse benefit determination letter.

Your appeal must be submitted in writing to Lincoln and must include at least the following information:

- Your name
- Your claim number
- Name of plan (that is, the Wells Fargo & Company STD Plan)
- Reference to the initial determination
- An explanation of why you are appealing the determination

As part of your appeal, you may submit any additional written comments, documents (including additional medical information), records, or other information relating to your appeal that supports your request for benefits. Upon your written request, Lincoln will provide you free of charge with copies of documents, records, and other information relevant to your initial claim. A request for this information does not, however, extend the time frame you have to file your appeal.

The appeal process is your opportunity to present documentation and evidence to show that your claim for benefits is covered and payable under the STD Plan. However, the review process does not permit you, your beneficiary, or your authorized representative to appear in person before, or meet with, anyone from Lincoln. It is your responsibility to submit any information or documentation that you wish to have considered for the appeal review within the required time frame. Please note that Lincoln does not reimburse fees that may be associated with filing the appeal or with your obtaining information you wish to have reviewed in support of your appeal.

After Lincoln receives your written, timely filed appeal request, it will conduct a full and fair review of your appeal. The reviewer will look at the claim anew, and no deference will be given to the prior denial. The review on appeal will take into account all comments, documents, records, and other information that you submit relating to your claim without regard to whether such information was submitted or considered in the initial determination of your claim.

In addition, the person who will review your appeal will not be the same person who reviewed your claim or a subordinate of the person who made the initial decision to deny your claim (in whole or in part). If the initial denial is based in whole or in part on a medical judgment, the reviewer will consult with a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment. This health care professional will not have consulted on the initial determination, and will not be a subordinate of any person who was consulted on the initial determination.

**Note:** It is very important that you submit all of the information you want reviewed when your appeal is filed. The date the appeal is filed is the date it is received by Lincoln. Lincoln must make the appeal determination within the time frame stated below based on the date that you file your appeal regardless of whether you indicate more information to be forthcoming.

Lincoln will provide you, free of charge, with copies of any new or additional evidence or rationale considered, relied upon, or generated in connection with the claim appeal review as soon as possible and sufficiently in advance of the date on which the notice of final benefit determinant is required to be provided to you (to give you a reasonable opportunity to respond prior to that date). After you receive the information, if you feel there is a need, you may submit additional information to Lincoln for final consideration in the appeal review process (such information must be submitted before the final determination is due). Lincoln must consider any response from you as part of its decision making process, provided it is submitted before the final determination is due.

## Appeal determination

After you file your appeal for disability benefits with Lincoln, it (or its designated representative) will review your appeal and notify you of its decision to approve or deny your appeal. This notification will be mailed to you within a reasonable period, but no later than 45 days after Lincoln's receipt of your written request for appeal review, except for situations requiring an extension of time because of matters beyond the control of the STD Plan. If an extension is required, Lincoln may have up to an additional 45 days to provide you with notification of the final decision. If such an extension is needed, Lincoln will notify you before the expiration of the initial 45-day period, state the reason or reasons why the extension is needed, and state when it will make its determination. You will have 45 days to provide any requested information from the date you receive the notice from Lincoln.

If Lincoln denies your claim on appeal in whole or in part (an adverse benefit determination), it will send you a final written decision. The notification of the decision will provide the following information:

- The specific reason or reasons why your appeal was denied.
- Reference to the specific STD Plan provision or provisions on which the denial was based.
- If the appeal was denied because sufficient information was not provided, a description of the additional information needed and an explanation as to why it was needed.
- An explanation of the basis for disagreeing (or not) with any of the following information:
  - The views presented by the claimant of treating health care professionals or vocational professionals who evaluated you
  - The views of the medical or vocational experts whose advice was obtained in connection with the decision, whether or not relied upon
  - A Social Security disability benefit determination presented by you
- If an internal rule, protocol, guideline, or other criterion was relied upon to make the determination, the decision will state the internal rule, protocol, guideline, or other criterion or indicate that a copy of such rule, protocol, guideline, or other criterion will be provided free of charge to you upon request.
- If the adverse benefit determination is based on a medical necessity, experimental treatment, or similar exclusion or limit, an explanation of scientific or clinical judgment for the determination, applying the terms of the STD Plan to the claimant's medical circumstances or a statement that such explanation of the scientific or clinical judgment will be provided free of charge upon request.
- A statement that you are entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other information relevant to your claim for benefits.


BPN 000031

- If applicable, a description of the plan's additional claim appeal review procedures (including the time limits applicable to such procedures).
- A statement of the claimant's right to bring a civil action under Section 502(a) of ERISA.
- A description of any applicable contractual limitations period and its expiration.
- Any additional information required under applicable law.

If you wish to receive copies of documents, records, and other information relevant to the final appeal decision, send Lincoln your written request for documents, records, and other information.

## Legal action

**With limited exceptions for violations of claim procedure regulations, no legal action can be filed against the Plan until the STD Plan's claims and appeals procedures have been exhausted (refer to the "Claims and appeals" section starting on page 10-14 for more information). Any suit for benefits must be brought within one year from the date the final appeal determination was issued by Lincoln.**