Dustin Heintzman
43106 N 44th Dr
Phoenix AZ 85087
Telephone: 480-457-0939
Dheintzman@gmail.com

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 30 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

Duustin Heintzman,
Plaintiff/Petitioner,
v.
Lincoln Financial Group,
Defendant/Respondent

Case No.: 2:25-CV-01755-SHD

Honorable Sharad H Desai

PLAINTIFF RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE

As Plaintiff, I respond to Defendant's assertions by emphasizing that this case is fundamentally a fraud lawsuit, not an ERISA benefits dispute. I have amended my Complaint to clearly delineate fraud claims under Arizona state law, and I have already initiated parallel proceedings in state court to reflect this distinction.

The Defendant's motion to dismiss is inappropriate because the fraud claims are independent of any ERISA-governed benefits claims and thus fall squarely within state court jurisdiction. ERISA does not provide a shield against allegations of intentional fraud unrelated to benefit denial or modification. The doctrine of complete preemption under ERISA applies solely to claims seeking to recover employee benefit plan funds or to enforce rights under ERISA plans, not to fraud claims based on Defendant's misconduct.

The Defendant's attempt to characterize this matter as an ERISA case to avoid a jury trial and evade accountability contravenes Congressional intent and established legal principles under Arizona law and federal precedent. Such a position improperly conflates ERISA's protections with immunity for willful fraudulent conduct. Fraudulent actions sufficiently pleaded in the Complaint demand adjudication on the merits, including by jury where appropriate. I have no claims for benefits denial or alteration here; my claims are exclusively about fraudulent documents and conduct. Therefore, the Defendant's motion to strike the jury demand should be denied.

I also note that I am prepared to bring additional relevant parties such as Wells Fargo into this action if necessary, as they were involved in administration related to the fraud. This illustrates the broad impact and public interest in resolving this matter correctly under the proper legal framework. I urge this Court to respect the limits of ERISA preemption, allow the fraud claims to proceed, and allow the state courts to exercise their proper role. Should the state courts decline jurisdiction, I remain willing to litigate here. But dismissal on these grounds is unfounded.

Thank you to Defendant's counsel for clarifying their position, though I reject it and maintain the integrity of my claim under Arizona law as written. Furthermore, I submit as new evidence a communication from one of the Defendant's claims representatives explicitly acknowledging that knowingly fraudulent claims are subject to enforcement by the State of Arizona. This admission reinforces that fraud allegations lie outside the scope of ERISA preemption and belong properly in

state court proceedings focused on fraud and consumer protection laws. The Defendant's continued reliance on ERISA to block accountability for fraud reveals an attempt to circumvent state law enforcement and judicial scrutiny, which Arizona courts are well equipped to provide. Such conduct contradicts the statutory purpose of ERISA and established legal standards governing federal preemption. Please see Exhibit 1

I will pursue this matter vigorously, utilizing all available remedies, and will not allow Defendant to hide behind ERISA when confronted with clear allegations of fraudulent misconduct. Lincoln Financial Group must be held accountable under applicable state and federal laws, and this Court should deny Defendant's motion to dismiss and motion to strike in full. For these reasons, which are more fully discussed in the attached supporting Memorandum, Plaintiff's Complaint must not be dismissed and his demand for a jury trial must stand.

Exhibit 1

- Letter dated May 28th 2025 From Lincoln regarding Fraud Claim and Arizona rule of Law

Respectfully submitted this the 29th day of May 2025.

Dustin Heintzman
43106 N 44th Dr Phoenix AZ 85087
480-457-0939
Dheintzman@gmail.com
Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2025, I sent a true and correct copy of the foregoing response to be served upon Defendant's counsel of record by first-class mail.

**Exhibit 1**

From: DoNotReply@lfg.com
Subject: Claim #15683845, DUSTIN HEINTZMAN
Date: May 28, 2025 at 6:46:01 AM
To: dheintzman@gmail.com

**THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (866) 213-2937 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 28, 2025

DUSTIN HEINTZMAN
43106 N 44TH DR
PHOENIX, AZ 85087-0000

RE: WELLS FARGO & COMPANY
Long Term Disability Benefits
Claim #: 17361050

Dear DUSTIN

We acknowledge receipt of your request for consideration of disability benefits.

The Lincoln National Life Insurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Arizona law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Sincerely,

Daniela V
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839