Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

FILED
RECEIVED LODGED COPY
JUN 18 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Dustin Heintzman

Plaintiff(s),

vs.

Lincoln Financial Group

Defendant(s).

Case No.: 2:25-CV-01755-SHD

**(MOTION FOR ACCESS ELECTRONIC FILING PRIVILEGES ON PACER AND REQUEST FOR FEE WAIVER)**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA: COMES NOW**

Dustin Heintzman (hereinafter "Plaintiff"), appearing pro se in the above-captioned action, and respectfully files this Motion for Leave to Obtain Electronic Filing Privileges through the Public Access to Court Electronic Records system ("PACER") of the District Court of Arizona, together with a Request for Waiver of Fees Associated Therewith. In support of this Motion, Plaintiff states as follows:

## I. INTRODUCTION AND PROCEDURAL HISTORY

1. Plaintiff is proceeding pro se in the instant matter, which originated in state court and has subsequently been remanded to this Court.

2. Plaintiff seeks leave of Court to access electronic filing privileges via PACER to facilitate the timely and efficient submission of pleadings, motions, and other filings in this case.

3.Under the current local rules and administrative practices, pro se litigants such as Plaintiff are not automatically granted electronic filing access, thereby impairing the prompt and effective prosecution of their claims.

4. Given Plaintiff's substantial geographical burden—residing over fifty-five miles from the courthouse— along with his lack of legal representation and limited financial capacity, Plaintiff respectfully requests that this Court grant him leave to file documents electronically through PACER.

## II. ARGUMENT

### A. The Court's Discretion to Grant Electronic Filing Privileges to Pro Se Litigants

5. Although the Local Rules of this District Court do not automatically confer electronic filing privileges to pro se parties, they do not foreclose the Court's discretionary authority to grant such privileges upon a proper motion.

6. Access to electronic filing is integral to Plaintiff's ability to participate effectively in this litigation, ensuring that all filings are submitted in accordance with Court deadlines and procedural requirements.

7. The reliance of modern judicial administration on electronic filing necessitates that pro se litigants not be deprived of access to these systems, as such deprivation risks infringing upon their fundamental right of meaningful access to the courts.

8. Plaintiff respectfully invokes the Court's inherent supervisory powers and discretion to grant electronic filing privileges in the interest of justice and judicial efficiency.

### B. Justification for Waiver of Fees Pursuant to Plaintiff's Financial Hardship

9. Plaintiff is a single parent with severely limited financial resources, rendering him unable to pay the fees associated with electronic filing and maintaining a PACER account.

10. Imposition of such fees would constitute a substantial impediment to Plaintiff's access to justice, effectively denying meaningful participation in this federal litigation.

11. Pursuant to 28 U.S.C. § 1915 and the Court's equitable powers, the Court may grant waivers of filing fees and related charges for indigent litigants.

12. In view of Plaintiff's indigent status, pro se representation, and the substantive merits implicated, Plaintiff respectfully requests a complete waiver of all PACER-related fees during the pendency of this action. C. Recognition of Plaintiff's Pro Se Status and Request for Leniency

13. Plaintiff acknowledges limited familiarity with procedural and electronic filing protocols and respectfully requests the Court's indulgence in instances of inadvertent noncompliance with local rules or formatting standards.

14. Though not an attorney, Plaintiff endeavors to comply fully with applicable procedural requirements within the scope of his capacity and resources.

15. Plaintiff therefore requests all pleadings be liberally construed in light of his pro se status, recognizing the unique challenges inherent in self-representation.

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter an Order:

A. Granting Plaintiff leave to register for and obtain electronic filing privileges through the PACER system in this action and before this Court;
B. Waiving all fees, charges, and costs associated with the establishment and maintenance of a PACER account and electronic filing for Plaintiff;
C. Directing the Clerk of Court and pertinent Court administrators to expedite processing of Plaintiff's electronic filing privileges;
D. Granting such other and further relief as the Court may deem just and proper under the circumstances.

## IV. CONCLUSION

Plaintiff, a single father self-represented litigant involved in complex federal litigation, respectfully requests that this Court grant this Motion to enable Plaintiff's uninterrupted and effective participation by virtue of electronic filing privileges on PACER. Plaintiff is not represented by counsel and does not possess the financial means akin to retained legal counsel billing at standard hourly rates. Therefore, in the interests of justice, equity, and judicial economy, Plaintiff requests the Court's favorable consideration of this Motion.