Jacqueline M. Palazzolo (State Bar No. 039977)
T. Chase Samples (Admitted Pro Hac Vice)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Jacqueline.Palazzolo@jacksonlewis.com
Chase.Samples@jacksonlewis.com

*Attorneys for Defendant Lincoln Financial Group*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Heintzman,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No: 2:25-cv-01755-SHD<br><br>**DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(Oral Argument Requested)** |

Lincoln Financial Group ("Lincoln" or "Defendant"), by its undersigned counsel and pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Amended Complaint filed by Plaintiff Dustin Heintzman ("Plaintiff") in its entirety and to strike Plaintiff's demand for a jury trial. As discussed more fully in the accompanying Memorandum in Support of this Motion, Plaintiff's Amended Complaint must be dismissed because:

(1) Plaintiff asserts state law claims that are completely preempted by the Employee Retirement Income Security Act of 1974 ("ERISA") and, as such, the Amended Complaint fails to state a claim upon which relief can be granted;

(2) Plaintiff attempts to assert federal criminal claims that may only be brought by the U.S. Attorney and are not available to private citizens;

(3) Because Plaintiff's exclusive remedy lies under ERISA, his demand for a jury trial should be stricken as jury trials are unavailable for matters subject to ERISA as a matter of law.

For these reasons, which are more fully discussed in the attached supporting Memorandum, Plaintiff's Amended Complaint must be dismissed and his demand for a jury trial stricken.

Respectfully submitted this the 1st day of July 2025.

JACKSON LEWIS P.C.

By: /s/*Jacqueline M. Palazzolo*
Jacqueline M. Palazzolo
T. Chase Samples
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by email and U.S. Mail to the plaintiff at the following address:

Dustin Heintzman
43106 N. 44th Drive
Phoenix, AZ 85087
Phone: (480) 457-0939
dheintzman@gmail.com
Plaintiff, Pro Se

By: /s/ *Susan Stimson*

4921-5654-4593, v. 3