Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO SE

**UNITED STATES DISTRICT COURT**

**OF ARIZONA**

| | |
|---|---|
| Dustin Heintzman<br><br>Plaintiff(s),<br><br>vs.<br><br>Lincoln Financial Group<br><br>Defendant(s). | Case No.: CV2025-014346<br><br>**RESPONSE TO MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT AND TO STRIKE PLAINTIFF'S JURY DEMAND**<br><br>(Oral Argument Requested) |

**COMES NOW Dustin Heintzman, Plaintiff herein, and hereby submits this Response to Defendant Lincoln Financial Group's Motion to Dismiss and Motion to Strike Plaintiff's Amended Complaint, respectfully stating as follows:**

Your Honor, I stand before this Court as a United States citizen seeking justice—not just for myself, but for all policyholders similarly affected by Lincoln Financial Group's egregious misconduct. I have purchased a policy in good faith from this company and at no time have I acted improperly. I have retained Steven Jessup as my counsel to address any claim denials, short-term, long-term, or otherwise, that arise under this policy.

What I have brought this lawsuit for is clear: Lincoln Financial Group knowingly, willingly, and unequivocally committed fraud, lied, and defamed me. When confronted, they refused to acknowledge or remedy their actions. To this Court and Defendant Lincoln Financial, I say again: I am not suing you for denial of benefits. I am suing you for the criminal acts of fraud, deceit, and defamation committed against me, Dustin Heintzman.

I acknowledged and signed agreements that if I, as a policyholder, was found to have committed fraud or attempted to wrongfully obtain benefits, Lincoln or any administrator could pursue legal recourse against me, civil or criminal. Yet here, those roles are inverted. Lincoln has committed fraud against me without any basis. I complied fully with all policies and procedures directed by your company. Yet Lincoln tampered with my insurance claim documents, including changing dates on signed medical records, giving false information to my employer Wells Fargo, and refusing to take responsibility when confronted. I have audio recordings proving that despite Lincoln's claims, Wells Fargo's own HR confirmed I was still on leave, contradicting Lincoln's fabricated leave dates. This is yet another act of fraud.

The Defendant attempts to shield itself behind a 1974 law (ERISA) and claims it only services as administrator, disclaiming liability for actions of Wells Fargo. But no policy or lawful mandate justifies the criminal fabrication of claim documents or the willful suppression of the truth. No policy legitimizes changing medical leave dates or lying to an employer. No policy excuses ignoring a policyholder's rightful inquiries or deflecting blame.

I am not here to argue benefits or claims payouts—but rather to hold Lincoln accountable for the fraud, defamation, and criminal misconduct it forced upon me. This company tries to hide behind corporate defenses and procedural technicalities while passing the buck to policyholders who pay their exorbitant fees. I have put my foot down. I sued because Lincoln Financial is a corrupt entity hiding behind the veil of a Fortune 500 Company.

Records, recordings, and documentation prove Lincoln employees like Tracy Ray and Andrew fabricated documents and lied to Wells Fargo. Their conduct constitutes fraud, defamation, and obstruction. Their attorneys' attempts to portray this lawsuit as a nuisance or to evade responsibility only underscore the bad faith Lincoln acts with.

Your Honor, whether this case remains here in federal court, moves to state court, or eventually reaches the Supreme Court, I demand my day in court. I ask for this Court to uphold justice — criminal and civil — and refer these fraudulent acts to the appropriate Attorney General—state or federal. This is not just about me. I am confident many others have suffered similar harm at Lincoln Financials hands. I have acted honorably and in good faith throughout this process. Lincoln Financial has not.

They have committed fraud, defamation, and criminal acts that cannot be ignored or excused by ERISA's governance. I reject the Defendant's claim this is merely an ERISA benefit dispute. It is not. This is a matter of holding a multi-billion-dollar corporation accountable for its fraudulent behavior and refusal to accept responsibility.

Your Honor, I am not asking for retroactive payment or benefits restoration. I am asking for accountability and justice. I urge this Court to consider oral arguments and grant me the opportunity to present this case fully — in federal court, state court, or whichever forum upholds the rule of law and protects policyholders against corporate misconduct.

I respectfully request the Court to deny Defendant's motion to dismiss on the grounds that ERISA preempts claims of fraud, defamation, criminal conduct, and document tampering when these acts are committed by an administrator acting outside the bounds of law and contractual duty. These acts transcend ordinary claims processing and warrant full judicial scrutiny beyond ERISA's civil enforcement framework.

I also urge the Court to reject the attempt to strike my jury demand. Lincoln Financial fears a jury trial because it does not want peers and the public to learn of the corruption and criminality underlying its administration of policies like mine.

For these reasons, Your Honor, I am committed to pursuing justice vigorously. This case is not about mere benefits administration, but about exposing and remedying fraud, lies, and defamation that robbed me of my dignity and rights. I am confident justice will prevail in this Court or any other — state or federal, district or supreme.

## I. BACKGROUND

### A. Procedural History

(Preserved as in original)

### B. Nature of Plaintiff’s Claims

(Preserved as in original)

## II. ARGUMENT

A. The State Law Claims and Criminal Allegations Raised Concern Misconduct Beyond ERISA’s Scope and Merit Full Judicial Consideration

While Defendant argues ERISA preemption, the Plaintiff asserts that the fraudulent, defamatory, and criminal acts committed by Defendant’s agents do not simply relate to benefit determinations but represent separate unlawful acts that require judicial accountability beyond ERISA’s civil remedy scheme.

Plaintiff has adequately alleged and documented multiple instances of fraud, document tampering, and defamation that cause injury independent of benefit denial. ERISA does not shield administrators acting outside the law from accountability for separate tortious and criminal conduct.

Further, Plaintiff requests that this honorable Court consider forwarding these allegations to the appropriate prosecutorial authorities to review potential criminal violations that merit legal action beyond this civil proceeding.

B. Plaintiff’s Request for Jury Trial Is Appropriate Given the Nature of Fraud and Defamation Claims Asserted Given the nature and severity of the fraud and defamation claims asserted, Plaintiff respectfully requests the right to a jury trial as a fundamental protection under the Arizona and United States Constitution to allow peers to evaluate the conduct of a corporation accused of such wrongdoing.

## III. CONCLUSION

Your Honor, the Plaintiff prays this Court deny Defendant's Motion to Dismiss and to Strike the Jury Demand, uphold the principles of justice, and allow this case to proceed fully on its merits. This is not simply a dispute over benefit payments; it is a call to hold a powerful entity accountable for documented fraud, defamation, and criminal misconduct. The scales of justice demand no less.

The plaintiff requests the Court grant oral argument, deny dismissal, respect the jury demand, and consider this matter with the seriousness of the grave allegations made. Further, Plaintiff respectfully requests referral of this matter to appropriate Attorney General offices for criminal investigation.

Plaintiff, Dustin Heintzman, thanks this Court for the opportunity to be heard and looks forward to his day in court.

DATED this 08 day of Aug, 2025.

Respectfully submitted,

Dustin Heintzman

Plaintiff, Pro Se

43106 N. 44th Drive Phoenix, AZ 85087

Phone: (480) 457-0939

dheintzman@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 08 day of Aug, 2025, I served a copy of this Rebuttal to Defendant's Motion via certified mail upon Defendant's counsel:

Jacqueline M. Palazzolo T. Chase Samples

JACKSON LEWIS P.C.

2111 East Highland Avenue, Suite B-250 Phoenix, AZ 85016

Jacqueline.Palazzolo@jacksonlewis.com

Chase.Samples@jacksonlewis.com

By:

Dustin Heintzman

Plaintiff, Pro Se

DATED: August 8, 2025

*Dustin Heintzman*

Dustin Heintzman
In Pro Per