Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
APR 03 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dustin Heintzman<br><br>Plaintiff(s),<br><br>vs.<br><br>Lincoln Financial Group<br><br>Defendant(s). | Case No.: 2:25-CV-01755-SHD<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Dustin Heintzman respectfully moves this Court for a two-week extension of time to file his Second Amended Complaint, up to and including **April 20, 2026**. In support of this Motion, Plaintiff states:

1. On March 5, 2026, the Court issued an Order (Doc. 28) granting Plaintiff thirty (30) days to file a Second Amended Complaint limited to ERISA civil enforcement provisions under 29 U.S.C. § 1132(a).
2. The current deadline for this filing is April 4, 2026.
3. The parties are currently engaged in active, good-faith negotiations regarding a potential resolution of the Short Term Disability (STD) claim.
4. Additional time is required to conclude these discussions, as key decision-makers for the Defendant are unavailable this week.
5. A successful settlement would resolve the remaining issues in this case and conserve the Court's time and resources.

6. Counsel for Defendant Lincoln Financial Group, T. Chase Samples, has been consulted and consents to the requested two-week extension. Please see **Exhibit 1**

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline to file the Second Amended Complaint to April 20, 2026.

Respectfully submitted this 3th day of April, 2026.

Dustin Heintzman
Plaintiff, Pro Per
43106 N 44th Dr.
Phoenix AZ 85087
480-457-0939
dheinzmann@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on this 4th day of April, 2025, a true and correct copy of the foregoing Amended Complaint was served upon all counsel of record via certified mail.

DATED: April 3, 2026

Dustin Heintzman
In Pro Per

**Exhibit 1**

Outlook

## RE: Heintzman vs Lincoln Financial group

**From** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>
**Date** Thu 4/2/2026 1:35 PM
**To** Dustin Heintzman <dheintzman@gmail.com>
**Cc** Stephen Jessup <stephen@diattorney.com>; Tabitha Grandinetti <tabitha@diattorney.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>

Mr. Heintzman:

Thanks again for following up. I've done the same on our end. It appears that any decisionmakers with respect to settling the STD claim are out of the office this week, and so I do not anticipate having an answer for you this week. It will likely be mid- to late next week before I know whether we'll be able to wrap this up.

I know you're under a deadline with the Court. If you'd like to seek an extension of your deadline to file an amended complaint with the Court, then we'd be glad to consent to a two-week extension, as we explore potential resolution.

JL

**T. Chase Samples**
Attorney at Law

**Jackson Lewis P.C.**
15 South Main Street
Suite 700
Greenville, SC 29601
Direct: (864) 672-8034 | Main: (864) 232-7000
Chase.Samples@jacksonlewis.com | www.jacksonlewis.com

**From:** Dustin Heintzman <dheintzman@gmail.com>
**Sent:** Wednesday, April 1, 2026 9:04 PM
**To:** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>
**Cc:** Stephen Jessup <stephen@diattorney.com>; Tabitha Grandinetti <tabitha@diattorney.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>
**Subject:** Re: Heintzman vs Lincoln Financial group

Hi Chase, just wanted to follow up because I do need to get everything finalized for the draft for submission and because it's a holiday weekend I'd like to see if we can have your client issue me the $6150 payment via wire transfer and I'll release the STD portion so we can get this closed out

Please let me know ASAP. I can send wiring instructions. Thanks, Dustin Heintzman.

> On Mar 31, 2026, at 2:21 PM, Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com> wrote: