Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

___ FILED ✓ LODGED
___ RECEIVED ___ COPY
APR 0 3 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Dustin Heintzman

Plaintiff(s),

vs.

Lincoln Financial Group

Defendant(s).

Case No.: 2:25-CV-01755-SHD

**PROPOSED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

The Court, having considered the Stipulated Motion for Extension of Time to File Second Amended Complaint filed by Plaintiff Dustin Heintzman, and finding good cause shown:

**IT IS ORDERED** that the Stipulated Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file a Second Amended Complaint, limited to claims arising under ERISA's civil enforcement provisions, 29 U.S.C. § 1132(a), is extended to **April 20, 2026**.

**IT IS FURTHER ORDERED** that failure to file a Second Amended Complaint by April 20, 2026, will result in the dismissal of this action.

**Dated this ___ day of _______, 2026.**

_____________________________**Honorable Sharad H. Desai United States District Judge**