Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
APR 20 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Dustin Heintzman

Plaintiff(s),

vs.

Lincoln Financial Group

Defendant(s).

Case No.: 2:25-CV-01755-SHD

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Dustin Heintzman respectfully moves this Court for a two-week extension of time to file his Second Amended Complaint, up to and including **May, 29 2026**. In support of this Motion, Plaintiff states:

1. On March 5, 2026, the Court issued an Order (Doc. 28) granting Plaintiff thirty (30) days to file a Second Amended Complaint limited to ERISA civil enforcement provisions under 29 U.S.C. § 1132(a).
2. The current deadline for this filing is April 20, 2026.
3. The parties are currently engaged in active, good-faith negotiations regarding a potential resolution of the Short Term Disability (STD) claim.
4. Unfortunately we were not able to come to an agreement on terms regarding settlement
5. Counsel for Defendant Lincoln Financial Group, T. Chase Samples, has been consulted and consents to the requested extension listed above to allow me to fully submit my amended complaint as the court granted me. Please see **Exhibit 1**.

1. Counsel for Defendant Lincoln Financial Group, T. Chase Samples, has been consulted and consents to the requested extension. Please see **Exhibit 1**

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline to file the Second Amended Complaint to April 20, 2026.

Respectfully submitted this 20th day of April, 2026.

Dustin Heintzman
Plaintiff, Pro Per
43106 N 44th Dr.
Phoenix AZ 85087
480-457-0939
dheinzmann@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2026, a true and correct copy of the foregoing Amended Complaint was served upon all counsel of record via certified mail.

DATED: April 20, 2026

Dustin Heintzman
In Pro Per

**Exhibit 1**

Outlook

## Re: Heintzman vs Lincoln Financial group

From Dustin Heintzman <dheintzman@gmail.com>
Date Mon 4/20/2026 9:05 AM
To T. Chase Samples <Chase.Samples@jacksonlewis.com>
Cc stephen@diattorney.com <stephen@diattorney.com>; tabitha@diattorney.com <tabitha@diattorney.com>; Jacqueline M. Palazzolo <Jacqueline.Palazzolo@jacksonlewis.com>
Bcc dheintzman@gmail.com <dheintzman@gmail.com>

Awesome thanks so much. I really appreciate it. Have a good day guys.

On Apr 20, 2026, at 8:52 AM, Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com> wrote:

Good morning, Mr. Heintzman.

We have no objection to a 30-day extension of your deadline to file an amended complaint.


**T. Chase Samples**
Attorney at Law

**Jackson Lewis P.C.**
15 South Main Street
Suite 700
Greenville, SC 29601
Direct: (864) 672-8034 | Main: (864) 232-7000
Chase.Samples@jacksonlewis.com | www.jacksonlewis.com


**From:** Dustin Heintzman <dheintzman@gmail.com>
**Sent:** Monday, April 20, 2026 10:42 AM
**To:** Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>; Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>
**Cc:** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>; stephen@diattorney.com; tabitha@diattorney.com
**Subject:** Re: Heintzman vs Lincoln Financial group

Hi Chase and Jacqueline hope you guys are doing well per my conversation with Chase on Friday. Sorry I haven't gotten to send the email around but I did since we weren't able to work out a deal with Lincoln. I did ask Chase for a 30 day extension to file everything so I just wanted to put that in writing to both of you and just get a confirmation back this morning so I can file with federal court that extension it'll be pretty much similar to the same thing except for the statements In regards to

Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dustin Heintzman<br><br>Plaintiff(s),<br><br>vs.<br><br>Lincoln Financial Group<br><br>Defendant(s). | Case No.: 2:25-CV-01755-SHD<br><br>**PROPOSED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

The Court, having considered the Stipulated Motion for Extension of Time to File Second Amended Complaint filed by Plaintiff Dustin Heintzman, and finding good cause shown:

**IT IS ORDERED** that the Stipulated Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file a Second Amended Complaint, limited to claims arising under ERISA's civil enforcement provisions, 29 U.S.C. § 1132(a), is extended to **May 29, 2026**.

**IT IS FURTHER ORDERED** that failure to file a Second Amended Complaint by May 29, 2026, will result in the dismissal of this action.

**Dated this ____ day of _______, 2026.**

______________________________**Honorable Sharad H. Desai United States District Judge**