Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 29 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dustin Heintzman<br>Plaintiff(s),<br>vs.<br>Lincoln Financial Group<br>Defendant(s). | Case No.: 2:25-CV-01755-SHD<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Dustin Heintzman respectfully moves this Court to extend the deadline for filing his Second Amended Complaint by thirty (30) days, up to and including **June 29, 2026**.

In support of this request, Plaintiff states that counsel for Defendant Lincoln Financial Group, T. Chase Samples, has been consulted regarding this request and explicitly consents to the 30-day extension. A copy of counsel's written consent is attached hereto as Exhibit 1.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the deadline to file the Second Amended Complaint up to and including **June 29, 2026**.

Respectfully submitted this 29th day of May, 2026.

By: /s/ Dustin Heintzman Dustin Heintzman Plaintiff, Pro Per

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2026, a true and correct copy of the foregoing **Stipulated Motion for Extension of Time to File Second Amended Complaint** was served upon counsel for Defendant via electronic mail (email) per the agreement of the parties, addressed as follows:

- Jacqueline.Palazzolo@jacksonlewis.com
- Chase.Samples@jacksonlewis.com

By: /s/ Dustin Heintzman Dustin Heintzman In Pro Per

DATED: May 29, 2026

Dustin Heintzman
In Pro Per

Exhibit 1

**From:** Palazzolo, Jacqueline M. (Phoenix) Jacqueline.Palazzolo@jacksonlewis.com
**Subject:** RE: Heintzman vs Lincoln Financial group
**Date:** May 29, 2026 at 11:10:20 AM
**To:** Dustin Heintzman dheintzman@gmail.com, Samples, T. Chase (Greenville) Chase.Samples@jacksonlewis.com
**Cc:** stephen@diattorney.com, tabitha@diattorney.com

Good morning, Mr. Heintzman.

We have no objection to a 30-day extension of your deadline to file an amended complaint.

**From:** Dustin Heintzman <dheintzman@gmail.com>
**Sent:** Friday, May 29, 2026 11:07 AM
**To:** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>
**Cc:** stephen@diattorney.com; tabitha@diattorney.com; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>
**Subject:** Re: Heintzman vs Lincoln Financial group


JL

**Jacqueline M. Palazzolo**
Attorney at Law

**Jackson Lewis P.C.**
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Direct: (908) 795-2997 | Main: (602) 714-7044
Jacqueline.Palazzolo@jacksonlewis.com | www.jacksonlewis.com


Hi Jacqueline,

Thank for returning my call. Per our conversation if your ok granting a 30 day extension I would really appreciate it.

Thanks,

Dustin Heintzman

On Apr 20, 2026, at 9:05 AM, Dustin Heintzman <dheintzman@gmail.com> wrote:

Awesome thanks so much. I really appreciate it. Have a good day guys.