Dustin Heintzman
43106 N 44th Dr
Phoenix, AZ 85087
480-457-0939
Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER

FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

JUN 2 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dustin Heintzman<br><br>Plaintiff(s),<br><br>vs.<br><br>Lincoln Financial Group<br><br>Defendant(s). | Case No.: 2:25-CV-01755-SHD<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Dustin Heintzman respectfully moves this Court to extend the deadline for filing his Second Amended Complaint by (30) days, up to and including July 29, 2026. In support of this request, Plaintiff states that Lincoln Financial Group, their counsel, and Plaintiff have actively started negotiations on a potential settlement. The parties want to ensure they give themselves enough time to thoroughly go through this process, and therefore jointly ask the Court to extend the time to allow the parties to negotiate a settlement. Counsel for Defendant Lincoln Financial Group, Chase T Samples, has been consulted regarding this request and explicitly consents to this 30-day extension. A copy of counsel's written consent is attached hereto as Exhibit 1.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the deadline to file the Second Amended Complaint up to and including July 29, 2026.

Respectfully submitted this 29th day of June, 2026.

By: /s/ Dustin Heintzman

Dustin Heintzman Plaintiff, Pro

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, a true and correct copy of the foregoing **Stipulated Motion for Extension of Time to File Second Amended Complaint** was served upon counsel for Defendant via electronic mail (email) per the agreement of the parties, addressed as follows:

- Jacqueline.Palazzolo@jacksonlewis.com
- Chase.Samples@jacksonlewis.com

By: /s/ Dustin Heintzman Dustin Heintzman In Pro Per

DATED: June 29, 2026

Dustin Heintzman
In Pro Per

Exhibit 1

Outlook

## Re: Settlement Proposal / Request for 60-Day Extension — Heintzman v. Lincoln Financial Group

**From** Dustin Heintzman <dheintzman@gmail.com>
**Date** Mon 6/29/2026 10:39 AM
**To** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>
**Cc** Stephen Jessup <stephen@diattorney.com>; Tabitha Grandinetti <tabitha@diattorney.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>

Hi Chase,

Thank you . I will amend it to 30 days and send you both copies once it is filed this morning. Appreciate the quick response!

Thanks,

Dustin Heintzman

---

**From:** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>
**Sent:** Monday, June 29, 2026 10:32 AM
**To:** Dustin Heintzman <dheintzman@gmail.com>
**Cc:** Stephen Jessup <stephen@diattorney.com>; Tabitha Grandinetti <tabitha@diattorney.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>
**Subject:** RE: Settlement Proposal / Request for 60-Day Extension — Heintzman v. Lincoln Financial Group

Mr. Heintzman:

Thank you. I spoke with Lincoln this morning, and they are considering your proposal.

I suggest a 30-day extension instead of 60 days to keep us focused. We should know well within 30 days whether this is one that we'll be able to resolve. If that works for you, then please make that change and your have my permission to file.

**T. Chase Samples**
Attorney at Law

**Jackson Lewis P.C.**
15 South Main Street
Suite 700
Greenville, SC 29601
Direct: (864) 672-8034 | Main: (864) 232-7000
Chase.Samples@jacksonlewis.com | www.jacksonlewis.com

**From:** Dustin Heintzman <dheintzman@gmail.com>
**Sent:** Monday, June 29, 2026 1:25 PM
**To:** Samples, T. Chase (Greenville) <Chase.Samples@jacksonlewis.com>; Palazzolo, Jacqueline M. (Phoenix) <Jacqueline.Palazzolo@jacksonlewis.com>
**Cc:** Stephen Jessup <stephen@diattorney.com>; Tabitha Grandinetti <tabitha@diattorney.com>
**Subject:** Re: Settlement Proposal / Request for 60-Day Extension — Heintzman v. Lincoln Financial Group

Hi Chase and Jacqueline,

Hope you both are well. Per my conversation with Chase please find the following submission to the court for your approval. Please feel free to make any edits if you have any. If not, please approve and I will submit to the court today.

Thanks,

Dustin Heintzman

Dustin Heintzman

43106 N 44th Dr

Phoenix, AZ 85087

480-457-0939

Dheintzman@gmail.com

Dustin Heintzman, IN PRO PER